MARC A. PILOTIN
Regional Solicitor
ANDREW J. SCHULTZ
BORIS ORLOV
KATHERINE E. CAMERON
Counsels for Wage and Hour
ANDREW M. KATZ (CSBN 350024)
Senior Trial Attorney
NISHA PAREKH (CSBN 318393)
Trial Attorney
UNITED STATES DEPARTMENT OF LABOR
312 N. Spring Street, Suite 720
Los Angeles, CA 90012-4701
Telephone:  213-894-3950
Parekh.nisha@dol.gov
*Attorneys for Plaintiff Julie A. Su,
Acting United States Secretary of Labor*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE A. SU,<br>  Acting Secretary of Labor,<br>   United States Department of Labor,<br><br>              Plaintiff,<br><br>       v.<br><br>THE EXCLUSIVE POULTRY, INC., et al. | Case No. 2:23-cv-08185<br><br>**DECLARATION OF NISHA PAREKH** |

I, NISHA PAREKH, hereby declare:

1. I am over eighteen years of age. I am employed as a Trial Attorney by the Office of the Solicitor of the United States Department of Labor. I have personal knowledge of the facts set forth below and if called to testify I could and would testify to the following facts.

### I. Exhibits Supporting Memorandum of Points and Authorities.

2. Attached as Exhibit 1 is a true and copy of excerpts from the Administrative Deposition of Tony Elvis Bran, dated September 13, 2023.

3. Attached as Exhibit 2 is a true and copy of excerpts from the Administrative Deposition of Karen Rios, dated August 30, 2023.

### II. Facts Related to Defendant Tony Elvis Bran and The Exclusive Poultry Inc.'s Production of Records Responsive to WHD's Subpoena.

4. On August 10, 2023, I electronically served an investigative document subpoena from WHD on Attorney McClaren for The Exclusive Poultry with a document production date of August 25, 2023.

5. On August 21, 2023, I electronically served an investigative document subpoena from WHD on Attorney McClaren for Tony Bran with a document production date of September 5, 2023.

6. On September 5, 2023, Attorney McClaren produced some responsive documents, informed me that he was still gathering responsive documents, and asserted that Tony Bran and The Exclusive Poultry were refusing to produce documents responsive to some of WHD's subpoenaed items.

7. On September 13, 2023, Attorney McClaren confirmed that he had some additional responsive documents that he intended to produce, but he has not produced these responsive documents as of the date indicated by my signature below.

/////

/////

### III. Facts Supporting Request to Issue *Ex Parte* Temporary Restraining Order.

8. On September 28, 2023, the Wage and Hour Division of the United States Department of Labor ("WHD") notified counsel for Defendants Tony Bran and The Exclusive Poultry, Inc. Anthony K. McClaren ("Attorney McClaren") that Bran and The Exclusive Poultry refrain voluntarily from shipping poultry products because they were produced in violation of 29 U.S.C. § 212(a) and § 215(a)(1). I spoke with Attorney McClaren on the phone and explained that WHD sought to implement a hot goods hold because Defendants have employed hazardous child labor and the goods are being shipped in violation of the Fair Labor Standards Act. On this phone call, Attorney McClaren confirmed, however, that Tony Bran and The Exclusive Poultry were refusing to voluntarily hold shipment over goods produced by both Valtierra Poultry LLC and Meza Poultry LLC. He told me that if we wanted to enforce a hold on shipment of goods that we should file an application for temporary restraining order. I confirmed with him that we would be filing an application for temporary restraining order, and he confirmed his understanding.

9. Later that same day, counsel for the Acting Secretary of Labor emailed Attorney McClaren to confirm that he would accept service of the Acting Secretary's Complaint and Application for Temporary Restraining Order electronically via email, and he confirmed his agreement to accept service of these documents electronically via email. I also sent him electronic courtesy copies in PDF format of the hot goods holds we had asserted at both facilities.

10. On September 30, 2023, I called and emailed Attorney McClaren to confirm whether he would be opposing the Acting Secretary's Application for Temporary Restraining Order. I was unable to reach him prior to filing this Application.

11. Attorney McClaren is the only known counsel of record for any Defendant. Other than Attorney McClaren, no counsel has appeared to represent

1 | any other Defendant, including in administrative depositions taken in this matter
2 | during August and September of this year.

4 | I declare under penalty of perjury under the laws of the United States of America
5 | that the foregoing is true and correct.

7 |     Dated September 30, 2023

8 |                                    */s/ Nisha Parekh*
9 |                                    NISHA PAREKH