# EXHIBIT 1

```
 1              UNITED STATES DEPARTMENT OF LABOR

 2                   WAGE AND HOUR DIVISION

 3    _____

 4    UNITED STATES DEPARTMENT OF LABOR,

 5           Plaintiff,

 6        v.

 7    THE EXCLUSIVE POULTRY, INC.,

 8           Defendant.

 9    _____

10                        DEPOSITION

11    _____

12

13    WITNESS:           TONY ELVIS BRAN

14    DATE:              Wednesday, September 13, 2023

15    START TIME:        1:01 p.m.

16    END TIME:          8:27 p.m.

17    REMOTE LOCATION:   Remote Legal Videoconference

18    REPORTER:          Olivia Wilson, CER-1600

19    JOB NO.:           18914

20

21

22

23

24

25
```

```
 1                    A P P E A R A N C E S

 2

 3           UNITED STATES DEPARTMENT OF LABOR

 4           300 Fifth Avenue

 5           Suite 1120

 6           Seattle, Washington 98104

 7           By:  NISHA PAREKH, ESQUIRE

 8                parekh.nisha@dol.gov

 9           Appearing for Plaintiff

10

11           PERLEBERG MCCLAREN, LLP

12           4223 Glencoe Avenue

13           Suite A220

14           Marina Del Ray, California 90292

15           By:  ANTHONY K. MCCLAREN, ESQUIRE

16                akm@pmlegal.law

17           Appearing for Defendant

18

19      ALSO PRESENT:

20           Maria De La Rocha, United States Department of

21           Labor

22           Rafael Valles, United States Department of Labor

23           Angel Lin, United States Department of Labor

24           Priscilla Garcia-Ocampo, United States Department

25           of Labor
```

```
1                    P R O C E E D I N G S

2               THE REPORTER:  Good afternoon.  We are

3    now on the record.  Today's date is September 13, 2023,

4    and the time is approximately 1:01 p.m. Eastern Time.

5    My name is Olivia Wilson, and I am the officer

6    designated by Remote Legal, 381 Park Avenue South, New

7    York, New York to take the record of this proceeding.

8               This is the deposition of Tony Bran taken

9    in the matter of United States of America Department of

10   Labor versus The Exclusive Poultry, Inc. filed in the

11   United States of America Department of Labor Wage and

12   Hour Division.

13              Would all counsel please identify

14   themselves for the record, starting with the noticing

15   attorney, and state who they represent.

16              MS. PAREKH:  Yes.  My name is Nisha

17   Parekh, representing the Department of Labor.  And just

18   to clarify, no legal proceeding has been filed in any

19   Court.  This is a Department of Labor investigative

20   deposition that is being taken as part of a Department

21   of Labor investigation.  We have observers from the

22   Department of Labor today, including Rafael Valles,

23   Angel Lin, Maria de la Rocha, and Priscilla Garcia

24   Ocampo.

25              MR. MCLAREN:  Good morning, Anthony
```

1    McLaren on behalf of Tony Bran, The Exclusive Poultry,

2    and Olinda Bran.

3                    THE REPORTER:  Will the notary please

4    identify themselves for the record?

5                    THE NOTARY PUBLIC:  Yes.  Hi, my name is

6    Kimberly Jones.  I'm a remote online notary and I work

7    with Remote Legal.

8                    THE REPORTER:  This deposition is being

9    taken remotely on behalf of the plaintiff and is being

10   conducted pursuant to the procedural rules and laws of

11   the state which govern this better.  As such, all

12   parties agree to this means of capturing the official

13   record, which may include recording by audio and/or

14   audiovisual means and agree not to oppose admission of

15   this proceeding on the basis of the personnel or method

16   of which the testimony in this proceeding was captured.

17   Do the parties so stipulate?

18                    MR. MCLAREN:  Yes.

19                    MS. PAREKH:  Yes.

20                    THE REPORTER:  Thank you.  Will the

21   notary announce the witness?

22                    THE NOTARY PUBLIC:  Yes.  Hi, Mr. Bran.

23   Can you please state your name, spelling your last name

24   for the record, and tell me which state you're

25   testifying from?

1              MR. BRAN:  Tony Elvis Bran, B-R-A-N, last

2  name, California.

3              THE NOTARY PUBLIC:  Thank you very much.

4  Could you please raise your right hand?

5              Do you swear or affirm that the testimony

6  you shall give today in this proceeding will be the

7  truth, the whole truth, and nothing but the truth?

8              MR. BRAN:  I do.

9  WHEREUPON,

10             T O N Y   E L V I S   B R A N

11 having been called as a witness, being duly sworn by the

12 notary public present, testified as follows:

13             THE NOTARY PUBLIC:  Thank you very much.

14 You can put your hand down.  The witness is now sworn.

15             THE REPORTER:  Thank you.  Counsel, you

16 may begin.

17             MS. PAREKH:  Okay.  great.

18                  EXAMINATION

19 BY MS. PAREKH:

20    Q    So good morning, Mr. Bran.  My name is Nisha

21 Parekh.  I'm the attorney for the Department of Labor

22 that will be taking your deposition today.

23    A    Good morning.

24    Q    So as you can see, we have a court reporter

25 here, Olivia Wilson.  Olivia is recording your

1          A     Correct.

2          Q     Okay.  So what are the things that you look at

3     to determine the price of the poultry that they'll buy

4     from you?

5          A     Well, we got -- we got to call -- I have to

6     call my suppliers.  The prices change every week.  It

7     either go up, go down.  And if it goes down, I call the

8     client say, "You know what, I'm dropping the price."  If

9     it goes up, I got to tell them, "You know what, I got to

10    increase your price for a few more pennies."  And that's

11    how it works.

12         Q     Okay.  So the people that you buy the chicken

13    from, they will sell it to you at different prices each

14    time they sell it to you?

15         A     Correct.

16         Q     Okay.  And that's because the cost of the

17    chicken is going to change based on the market prices?

18         A     Correct.

19         Q     So how often -- like how many times a month

20    will the price change?

21         A     The price change every day on the market.  And

22    on Friday, I decides what numbers that I have to put on.

23    Sometimes, you lose; sometimes, we make.  But lately,

24    we've been losing.

25         Q     Okay.  And then in terms of the price that you

1    are paying for the processing work, does that price

2    change?

3        A    No.

4        Q    Okay.  So you'll pay the same amount for the

5    processing work, but you might -- but it will shift on

6    either side of the processing, the purchasing and the

7    selling?

8        A    Yes.

9        Q    Okay.  So we've said, just to make sure I'm

10   not missing anything, you talk to the clients about

11   price changes.  You do -- you get deliveries ready.  You

12   buy uncut chicken.  What are your other duties?

13       A    Okay.  During the day when -- when we start

14   getting the product, we just make sure, you know, we got

15   to plan on how to deliver the product.  There's some

16   customers, they want early.  Some customers, they want

17   late.  Some customers -- all depends how the customer

18   wants -- we start making the orders.  So I make sure

19   it's handled the way it's supposed to be with them.

20   Because I'm the one who actually have to just tell them,

21   "Hey, you know what, you guys, I need so much -- so many

22   cases by 8:00."  "Is that really 8:00?"  "Yeah."  "What

23   time it's going to be ready?"  "8:30."  "Okay.  Perfect,

24   8:30."

25            So I call my client and say, "You know, I'm

1   not going to be there on time.  I'm going to be there

2   about an hour late."  So after that, we finish the

3   product, and we start -- and we start working for

4   tomorrow's receiving and deliveries.  Simple as that.

5       Q    Okay.  So just to make sure I'm understanding,

6   so another thing you do is you'll prepare the orders

7   based on what people have -- what your clients have

8   ordered, like the type of cut that they've ordered?

9       A    It's only one cut.  It's just more the amount

10  of boxes they're going to need.

11      Q    Okay.  And then do your clients tell you --

12  like who sets -- you talked about a delivery time.  Who

13  sets the delivery time?

14      A    My clients or me.

15      Q    Okay.  Okay.  So what are your other job

16  duties?  Do you -- do you  manage the business's

17  finances?

18      A    Again?

19      Q    Do you -- do you manage The Exclusive

20  Poultry's finances?

21      A    Yeah.  Yes.

22      Q    So what are the things that you do to manage

23  the finances?

24      A    Make sure on the checks, who's up to get the

25  checks first.  Who -- who -- just gather all the -- all

```
 1    the invoices that I got and make sure I pay according to

 2    the terms that I got for -- for them.  And the same as

 3    well on the receivables, you know.

 4         Q    On the what?

 5         A    On the receivables.  When -- when the -- one

 6    of my clients owe me money or we have to push to get our

 7    checks, I -- sometimes I tell Helen to help me out or --

 8    or Gina.  But mainly I do it.  When it's -- when it's

 9    about the clients, I'm the one who makes the phone calls

10    though about payments.

11         Q    Okay.  Do you maintain a general ledger for

12    your business?

13         A    Yes.

14         Q    Are you the person who does it?

15         A    Sometimes, yes.  Most of --

16         Q    Who else is involved in the general?

17         A    Most of the times.

18         Q    Okay.  And besides you, who else is involved?

19         A    Gina sometimes.  Only when it's needed though.

20    I try nobody to do it, just me because I don't trust

21    anybody.

22         Q    Why don't you trust anybody?

23         A    Because that's the way I am.

24         Q    Okay.  Do you handle the company taxes?

25         A    No.
```

```
 1          Q    Who handles the company taxes?

 2          A    We -- we have an agency.

 3          Q    What's your agency?

 4          A    I don't -- I can't recall right now.

 5          Q    You don't know the company that does your

 6     taxes?

 7          A    I can't remember the name.

 8          Q    Okay.  Well, during our lunch break, can you

 9     look up the name for me?

10          A    No.

11          Q    Why not?

12          A    Because I'm not going to have the time.  I can

13     give it to Anthony to give them you.

14          Q    Okay.  Okay.

15          A    I think you --

16               THE WITNESS:  Does she have my taxes?

17               MR. MCLAREN:  No.

18               THE WITNESS:  Oh.

19     BY MS. PAREKH:

20          Q    Okay.  So what other -- what other work do you

21     do related to The Exclusive's finances that we have not

22     talked about?

23          A    What do you mean?

24          Q    Is there -- is there -- so you've talked about

25     issuing checks, paying invoices, collecting money from
```

1    receivables, being responsible for the general ledger.

2    What other -- what other financial responsibilities do

3    you have for The Exclusive?

4         A    The payables.

5         Q    Payroll?

6         A    Payables.

7         Q    Payables?

8         A    Yes.

9         Q    What are payables?

10        A    What I -- what I owe people.

11        Q    Okay.   So you handle payment of amounts owed;

12   is that correct?

13        A    Yes.

14        Q    What else?

15        A    Ask me.   I don't know.

16        Q    No.   I'm asking you.   What else -- what else

17   do you do that we haven't discussed?

18        A    I'm kind of blank on my head though.   You have

19   to keep on asking me so I can answer your questions.

20        Q    So I'm asking you as the person who is

21   responsible for managing the company's finances to

22   inform me of all the things that you do in that role.

23   So we've gone through a list of items.   What else do you

24   do that we haven't discussed?   I'm not you.   I can't

25   know what you do.

1    product on time.  My people hardly work eight hours now

2    because of not having much production coming in.

3         Q    Okay.  So the product arrives at the two

4    different facilities between 4 to 6 a.m.  And then how

5    do the people who process the product know what time to

6    arrive?

7         A    Oh, we let them know.  We let them know.

8         Q    Okay.  So --

9         A    We let them know 24 hours ahead of time.

10        Q    Okay.  So how -- so how does -- how is that

11   communicated to people?

12        A    Well, I don't know how they communicate it.

13   The only thing I have to do is I have to make a phone

14   call to the people that I do business with to let them

15   know, you know what, the products not going to be there

16   on time.  So it's better for you guys to start at 6:00

17   or 7:00.  So he can be --

18        Q    I see.  Okay.

19        A    Yeah.

20        Q    So who -- so who do you, who's the person that

21   you'll call to tell that at the (indiscernible -

22   simultaneous speech) --

23        A    Juan on the Valtierra and Javier on the other

24   one.

25        Q    Okay.  So Juan Valtierra?

```
 1        A    Yeah.

 2        Q    And Javier Meza?

 3        A    Yeah.

 4        Q    Do you communicate with Karen Rios?

 5        A    Not really.

 6        Q    Okay.  What about Jacqueline (phonetic)

 7   2:16:46 Garcia?

 8        A    No.

 9        Q    Okay.  So then about 24 hours the day before,

10   once you figure out the time the shipment will arrive

11   the next day, you will contact Juan and Javier to let

12   them know what time the workers need to be ready?

13        A    Mm-hmm.

14        Q    Okay.  And then --

15        A    Well, I don't know they have -- well, the only

16   thing I have to tell them is the product is going to be

17   arriving at this time, basically.  Whatever they tell

18   them, it's on them, you know.

19        Q    But is your expectation that people will be

20   ready to start cutting chicken once the product is

21   there?

22        A    We hope.

23        Q    Right.  But do you expect, I mean, is that,

24   you know, is that the expectation, right?  Like the

25   product comes, people need to be ready to cut?
```

1       A    Yeah.  That's the idea.

2       Q    Okay.  All right.  And then do you  -- have

3    you communicated this to Juan and Javier, like your

4    people need to be ready to cut when the product comes?

5       A    Yeah.  Well, yeah.  Because sometimes the

6    product don't show up, and everybody have to go home.

7    So but one thing I know I tell them, "Hey, don't expect

8    the product to be there early."  So sometimes people

9    come there late.  I don't know.  The only thing I know

10   is my production have to be -- have to be ready the same

11   day though, you know?

12      Q    Yeah.  Well, so you said that you kind of

13   determine the time that it needs to be prepared and

14   ready to ship, right?

15      A    I got -- no.  he only thing I told them is

16   products should be arriving between 5 to 6.

17      Q    Okay.  But then, so --

18      A    The product for the pollo arrive at 2:00 in

19   the morning or it will arrive at 11:00 in the morning,

20   people -- people usually stay there, and if they don't

21   see the truck, they leave.

22      No, no.  But I'm trying -- so earlier you testified

23   that you set the, you know, that you -- that there's a

24   schedule at which orders need to be ready to ship?

25      A    Correct.

1          A     Correct.  Yes.

2          Q     Okay.  So if they want that product to be --

3     to arrive at their location at 8:30 a.m., then it needs

4     to be deboned in time to deliver it, right?

5          A     Correct.

6          Q     Okay.  So what do you communicate to Juan and

7     Javier about making sure that the chicken is processed

8     by the time it's ready to ship?  What do you tell them

9     to do?

10         A     Nothing, the only thing I want them to know is

11    -- is let me know when you start taking product out and

12    put it on the cooler, that's it.  We don't even have to

13    ask them.  See, the process -- the process is, we're

14    given the product, they cut it, and I managed to take

15    out all the product out of the cooler.  Really, I don't

16    have to tell them anything.  They already know what to

17    do.

18         Q     Okay.  So how long does product stay in the

19    cooler once it's been deboned?

20         A     Four hours.

21         Q     So it's four hours between it being deboned

22    and then it being shipped off to the client?

23         A     Yeah.  Little by little, yes.

24         Q     Okay.  Do Juan or Javier ever tell you, "This

25    is by when we're going to have this ready, so your

1    customer is just going to have to deal with that"?

2        A    No.   They don't deal -- they don't -- they

3    don't deal with the customers.   The only thing they --

4    the only thing they have to do is process my chicken and

5    leave it in the cooler.

6        Q    Okay.   So they don't set the schedule of the

7    time at which the product is going to be ready for the

8    client?

9        A    No.   That's internal.   That's us.

10       Q    Okay.   And then you said that there's an

11   evening shift that your daughter, Priscilla, works from

12   2 to 8?

13       A    Correct.

14       Q    Is there processing going on during that time

15   period?

16       A    No.

17       Q    Okay.   So what's the difference between what's

18   going on between 2 to 8 and what's going on before 2?

19       A    In the morning there's production.   Okay.   I

20   finish making deliveries at 11:00.   Whenever they

21   produce after 11, between 11 to  1, we got product, you

22   know, staged on the cooler to be shipped out the next

23   day.   So that what she does.

24       Q    I see.   Okay.   So the product could stay up to

25   overnight?

1    cutters are doing on the floor to make sure that they're

2    cutting correctly?

3         A    No.

4         Q    Okay.

5         A    That's not part of his job?

6         Q    Does you ever do that?

7         A    If I did it before, yes.

8         Q    Okay.  So you'll look and you'll make sure

9    people are like cutting all the meat off the bone and

10   cutting things correctly in the way that you want to

11   ship them out?

12        A    Correct.  I go inside and check, and if I

13   don't like something, I call Juan and say, "You know

14   what, you better tell your employees to shape up, do

15   this thing better," or whatever.  But I have to -- I

16   have to mention it to him.  I won't tell -- I won't do

17   one on -- one-on-one with the -- with his employees.

18        Q    Okay.  So what are the -- well, okay.  Well,

19   so let me ask you, what are the different types of

20   mistakes that you'll notice people make sometimes?

21        A    The product with -- it has bones in it.  The -

22   - the bone product has meat on it.  It's not cut

23   properly.  It got holes on it.  They're not careful

24   throwing the product in the containers.  Too many

25   product on the floor.  That's basically it.  And -- and

1    on my part is the hygiene.  There's a list for everybody

2    to -- to meet.  If they want to work in a USDA facility,

3    they got to meet some standards.

4         Q    So do you walk around the plant just to make

5    sure that everything's going correctly during the

6    processing?

7         A    No.  I do it once in a blue moon or when I get

8    a call from my customer saying we have a problem.  Then

9    --

10        Q    Does anyone from The Exclusive check out the

11   processing floor to make sure that, you know, things are

12   hygienic?

13        A    No.

14        Q    Okay.  Okay.  So Vince O'Neill, so he does

15   some -- so okay.  You testified earlier that he also --

16   if there's something wrong with the product, he'll

17   address the issue.  Did you say that?

18        A    No.  I didn't say that.  So other than -- so

19   what are all the activities that he does to ensure USDA

20   compliance?

21        A    Make sure all the paperwork is done correctly

22   and they're -- and for -- for everybody to follow it.

23        Q    So does he, if the USDA says that, you know,

24   there is something unhygienic happening with the

25   processing, who do they tell?  Who will they tell at The

1    Exclusive about that?

2         A    The Valtierra ones.

3         Q    Okay.  So but you hold the USDA license,

4    right?

5         A    Correct.

6         Q    Okay.  So they don't come and speak to The

7    Exclusive even though you hold the license?

8         A    Oh, no, no, no, no.  I take it back.  The

9    inspector will talk to us and tell us this is a problem

10   that we have.  Okay.  And he put them in writing, and we

11   have to go and -- and mention it to Valtierra.  This is

12   have to -- they have to -- either clean up, fix it.  If

13   it's the structure, I'll do it.  If it's something about

14   the product not being processed right, it's on him.

15        Q    On Vince?

16        A    On Valtierra.  On Valtierra.  No.  Vince --

17        Q    Okay.  So --

18        A    The only thing -- the only thing Vince does is

19   talk to the inspector.  If something goes wrong inside

20   the facility, the inspector will write us up and say,

21   "You know what, Vince, this is the critical point you

22   have, and I want you to fix this."  So if it's something

23   on the structure of the company, The Exclusive Poultry

24   will fix it.  We'll patch up a floor, or patch up a

25   wall, or stuff like that.  It's about cleaning up the

```
 1   facility if something's dirty, or product was -- fall on
 2   the floor, and somebody picked it up, we will notify
 3   Valtierra for him to fix those issues.
 4        Q    Do you follow up and check to make sure that
 5   they actually did fix those issues with the processing?
 6        A    Yeah.  They -- they have to tell me first so I
 7   can tell them.
 8        Q    Because if the USDA were to give a cite --
 9   issue a citation for poultry being unhygienic, it would
10   go to The Exclusive, right?  The citation?
11        A    Correct.
12        Q    Okay.  So you make sure that you oversee and
13   make sure that all conditions are hygienic with the
14   processing so you don't get cited?
15        A    Correct.
16        Q    Okay.  I'm going to close out this exhibit.
17   Actually, really quickly before we close this out, I'm
18   going to just run through here real quick and ask you.
19   So, Brian Morales, which facility does he work at,
20   Proctor or 8th?
21        A    Both.
22        Q    Okay.  Does he split his time like 50/50?
23        A    No.  He -- he comes and pick up on 8th, and he
24   goes and pick up the rest from Proctor.
25        Q    I see.  Okay.  What about Gina, 8th or Proctor
```

```
 1    purchase maybe a thousand dollars.

 2         Q    Each time?

 3         A    No.  The whole month.

 4         Q    Okay.  So you'll take an extra thousand

 5    dollars or so in cash a month when people pay for the

 6    cash for those small number of boxes?

 7         A    Yeah.

 8         Q    Okay.  So you talked through how the market

 9    determines the price of the wholesale chicken before you

10    process it, but you pretty much pay the same amount for

11    the cost of the processing each month.  Do you remember

12    that testimony?

13         A    Yes.

14         Q    Okay.  So about how much do you pay per month

15    for the cost of processing?

16         A    It varies sometimes.  It could be 30, 40, 45,

17    28.

18         Q    Okay.  So and is that per week, per month?

19         A    Week.

20         Q    Okay.  So about between 28 and 45 a week

21    you'll pay for the processing?

22         A    Yeah.  More 28s and 30s than 45s.

23         Q    And is that for -- is that 28, you know,

24    between 28 to 45 average of somewhere in the 30, is that

25    the same amount for both locations, Meza and Valtierra?
```

1        A    I would say yes.

2        Q    Okay.  And how did that -- how did that -- how

3    does that same amount get set?

4        A    It all depends how -- what they cut -- how

5    they cut it.

6        Q    Like the type of cut?

7        A    No.

8        Q    So when you say how they cut it, what do you

9    mean?

10       A    How many cases they get.

11       Q    Okay.  So the -- so --

12       A    If one -- if one facility got more production

13   of course, they got more -- more money.  If the other

14   one has more product, same thing.

15       Q    So are you paying a fixed rate per box that's

16   cut?

17       A    Yes

18       Q    Okay.  So what's the fixed rate that you're

19   paying at Valtierra per box?

20       A    About 4.10, I think.

21       Q    And what about Meza?

22       A    Same.

23       Q    Okay.  Did you inform them that that's what

24   you would be paying?  How did -- how did that number

25   come about?

```
 1      A    It came out a long time ago.  When I used to
 2  do it with the other guys I used to work with.  They
 3  actually -- they actually -- they come out with a
 4  number, and I'm -- I'm the one who say okay.  Then, then
 5  -- let's do it.  That was one of the reasons that I
 6  changed the way that I was doing business before because
 7  it looked good on the numbers.
 8          So what I did is, okay.  Then, we're switching
 9  everything.  We're not going to get involved no more on
10  the cutting part.  So we got to get somebody else to do
11  it for us, and that's it.  It was our basic though.  And
12  I started applying it maybe five, I don't know, five
13  year ago, probably, maybe six.  I'm not sure.
14      Q    So the rate's been about $4.10 a box for the
15  whole time The Exclusive has been operating?
16      A    Yeah, it's -- no.  It's been -- it's been
17  changing.  Cost of living and everything.  They used to
18  tell me, "Hey, you know what, we need more money."
19  "What's the number?"  "So much."  "Like okay."  Then
20  five months later, "Hey, we need more money."  "Okay."
21  So it's actually, I didn't put the number, they did.
22      Q    Did you negotiate?  Did you say this is what I
23  can offer you and then they gave you a different number?
24      A    Yes.  I did, but when they got a set number,
25  it's they got a set number though.
```

1        Q    So the 4.10, who had the final say on the

2   4.10?

3        A    I did it this time.

4        Q    And how long has 4.10 been the price?

5        A    I don't know.  I got to -- I got to check my

6   numbers.

7        Q    But okay.  So has it been the price for all of

8   2023?

9        A    Yeah.

10       Q    Was it the price in 2022?

11       A    I don't know.  I can't remember.

12       Q    Was it the price -- did it -- did it become

13   that price at some point in 2022?

14       A    I can't remember.

15       Q    Okay.  Do you know what the price was before

16   it was 4.10?

17       A    I can't remember.  I've got to go through the

18   numbers.

19       Q    Okay.  But was the process the same?  There

20   was some sort of negotiation and then you kind of said,

21   "Okay.  This is the number I'm settling on, take it or

22   leave it"?

23       A    No.  Usually they come out with the number and

24   say, okay, then, they go like, "Hey, you give us another

25   30 cents?"  Okay.  Then, 20 cents, like, okay, so.

1    he was alive, I didn't -- I didn't do it.  So when he

2    died actually, I think that was his last request.  And

3    my brother goes like, at least -- at least do something

4    for that.  And I go like, okay, then.  And I was kind of

5    forced to do it, but that was it.

6              MR. MCLAREN:  Tony, I'm going remind you

7    just to answer --

8    BY MS. PAREKH:

9        Q     Well, so but you're -- you still remain -- you

10   still remain -- I mean so the processing, Valtierra and

11   Meza, they are operating out of your business locations,

12   right?

13       A     The facilities, yes.

14       Q     Okay.  And they do all of the processing for

15   The Exclusive, correct?

16       A     Yes.

17       Q     Okay.  And then, each week you give them a

18   check that covers processing for the number of boxes

19   that are cut?

20       A     Yes.

21       Q     And they do the processing by having

22   individual people cut the bones and the meat -- cut the

23   meat off of the bones, right?

24       A     Yes.

25       Q     So the price per box is covering the cost that

1    it takes for somebody to cut the meat off the bone?

2         A    I believe so.

3         Q    Okay.  Is it -- do either of those companies

4    Valtierra or Meza, do they pay any kind of rent costs to

5    The Exclusive?

6         A    Yeah.  They pay rent.

7         Q    How much rent do they pay per month?

8         A    Ten thousand.

9         Q    Okay.  And how was that amount determined?

10   Who said -- who determined the $10,000 amount?

11        A    Me.

12        Q    Okay.  So you told them okay.  In order to

13   operate here, you're going to have to pay 10,000 a

14   month?

15        A    Correct.

16        Q    Okay.  Do the two locations, are they paid off

17   or you still have to make mortgage payments on them?

18        A    Oh, we have to make mortgage payments.

19        Q    Okay.  How much is the mortgage payment per

20   month?

21        A    Over 15,000 each.

22        Q    And then how much -- when did you purchase

23   those -- when were those facilities purchased?

24        A    I think it was in -- no.  2018 or '19, and the

25   other one, 8th Street was 2021.  I'm not sure.  I'm

1    sorry.

2        Q    That's okay.  Again, estimates are fine.  And

3    then how much did you purchase those properties for?

4        A    8th Street is over two million and Proctor,

5    maybe two million.  I'm not quite -- I don't -- I don't

6    remember.  I know 2.8 was on 8th Street.

7        Q    Did you put down any kind of down payment on

8    those properties?

9        A    I think I did 500.

10       Q    On each one?

11       A    On -- on 8th Street.  On Proctor, I did -- my

12   mom did maybe 500, too, maybe 4- to 500.

13       Q    Okay.

14       A    I think she put a 25,000 down, percent.

15       Q    Okay.  Does The Exclusive pay any kind of rent

16   to operate at those facilities?

17       A    Yes.

18       Q    How much does The Exclusive pay?

19       A    I'm not quite -- I can't remember.  Maybe I

20   think like 3- or 4,000 more to Proctor which belongs to

21   my mom and to me I can put 4,000 more because I own it.

22       Q    So when you say 4,000 more are you does that

23   mean like 13- or 14,000 a month for the facilities?

24       A    Yeah

25       Q    Okay.  And then so for the -- you said your

1   mom owns Proctor?  I forgot.

2        A   Yes.

3        Q   So then the 14,000 for the Proctor Avenue

4   location that Exclusive pays, that'll go to your mom?

5        A   It comes to me, then I -- I distribute it to

6   my mom.

7        Q   Okay.  Do you take any kind of like processing

8   fee or anything out of the 14,000 for yourself, the time

9   you take to do that?

10       A   No.

11       Q   Okay.  And then the 8th Avenue location, you

12   pay 13- or $14,000 in rent for The Exclusive and then

13   that's something that you take?

14       A   That's the mortgage.

15       Q   Okay.  So you use the money that Exclusive

16   pays to rent that facility to pay for the mortgage?

17       A   Correct.

18           MS. PAREKH:  Okay.  All right.  So I'm

19   going to introduce the next exhibit.  Then, we can take

20   a break after this exhibit.

21           MR. MCLAREN:  Great.

22           MS. PAREKH:  I think we're on exhibit --

23   this should be marked as Exhibit E.

24           MR. MCLAREN:  That's what I have.

25           MS. PAREKH:  Okay.  Great.

1       Q    Okay.  So Pacato Road is a -- is a house,

2   correct?

3       A    Correct.

4       Q    Okay.  So do you know, like is it a family?

5   Is it an individual?

6       A    It's a family.

7       Q    Okay.  Do you remember like who --like how

8   many people are in this family that are living there?

9       A    Like five or six, I guess.

10      Q    And then what about the 9159 Somerset

11  Boulevard, about how many people live there, if you can

12  recall?

13      A    Three -- three people.

14      Q    Okay.  Is that a family?

15      A    Yeah.

16      Q    Okay.  So we talked about how Valtierra and

17  Meza are both within your facilities.  We talked about

18  that earlier.  Do you remember that discussion?

19      A    Yes.

20      Q    Okay.  And then we also talked about how you

21  hold the USDA permits and how if there is some sort of

22  hygiene issue related to the processing that your

23  company would receive the fine, right?

24      A    Correct.

25      Q    So do you have the ability to, if somebody is

1    consistently like, you know, dropping chicken on the

2    floor and just putting it, you know, doing something

3    that violates USDA's hygiene rules, do you have the

4    ability to discipline that person?

5         A    No.

6         Q    Okay.  So could you tell, you know, like Juan

7    Valtierra or Javier Meza like, "This person keeps

8    messing up and you need to make sure they do something

9    to correct this."  Have you ever said anything like

10   that?

11        A    Yes.

12        Q    Okay.  So if somebody is sort of consistently

13   messing up and putting you in danger of getting a USDA

14   penalty, we talked about one thing, sort of talking to

15   Javier and Juan.  What other ways do you have to make

16   sure that that employee doesn't keep messing up?

17        A    I have a meeting with him -- with the guy in

18   charge, which is my -- my associate, which is Valtierra.

19   And I have a meeting with him two times, and the third

20   time, I will have a meeting with him and his employees,

21   and let them know what the issues are, why they can't do

22   that, and actually, tell them all the -- we have -- we

23   have a program there that everybody have to sign when

24   they go in, and they have to read it.

25             They have to look at the videos, how they're

1    supposed to work and dress at the facility.  Okay.  They

2    just can't go in with the regular shoes.  They have to

3    go in working shoes, boots, and we mention to them to --

4    they're supposed to work to the standard that we have on

5    the list they have to sign on.  Whoever works on my

6    facility, they have to be dressed on the code of the

7    facility.  You know, it's asking though.  They just

8    can't go inside and -- and for nothing.  There's nobody

9    can go inside like that though.  The only one who can go

10   and do whatever is me, nobody else, and I -- I have it

11   right there on the paper.

12        Q    So you -- so you provide training to employees

13   so they understand what the responsibilities are under

14   the USDA?

15        A    No.  I don't provide that.  I -- I tell that

16   to my associate, which is Valtierra or Meza, and they're

17   supposed to train them.  I -- I give them the tools, but

18   he's supposed to, you know, he's supposed to follow the

19   USDA standards.  That's -- that's a tool that I give

20   him.

21        Q    So the videos, what are these videos?

22        A    You know, how to -- how to -- what you are

23   supposed to be doing when something fall on the floor.

24   They're not supposed to pick it up.  It's -- it's if

25   their knives go on the floor, they're supposed to go

1   wash their knives.  It's -- it's a -- it's a half-hour -

2   - it's a half-hour video though.

3       Q    Did you make it?

4       A    No.  We just get it through USDA.

5       Q    Okay.  So USDA provides the video to The

6   Exclusive?

7       A    Yes.  We didn't provide -- we have to buy it.

8   Then, we give -- we give a copy to Valtierra and -- and

9   Meza, or whoever goes in there though, because they're

10  not the only ones.  I got -- I got more guys coming in.

11      Q    So do you -- do you require that in order for

12  somebody to process poultry for a company that you're

13  purchasing from, they need to have watched this video?

14      A    Correct.

15      Q    Okay.  And then you said signing forms, what

16  are the forms that people have to sign?

17      A    That's on them though.  That's on Valtierra,

18  not on me.

19      Q    Okay.  But what are they?

20      A    It's whatever they have on it.  I mean I can

21  give you a list, but it's the same thing they have.

22  It's a standard list for everybody.

23      Q    So is it the same thing that you have like

24  rules and you're like anybody who's processing for me,

25  they need to follow these rules?

1        A    Yeah.  Correct.

2        Q    And then they need to sign the rules to sort

3    of promise that they're going to follow the rules?

4        A    But my -- my deal is only with Valtierra.

5        Q    What about Meza?

6        A    Both are the same.  You know, they got to do -

7    -

8        Q    So -- go ahead?

9        A    You know, the only thing I ask for them is for

10   my product to be good.  That's it.  The rest is on them.

11   I don't -- I don't deal with none of -- none of the

12   employees that they have.

13       Q    So they sign --

14       A    Even if they are doing -- even if the guys are

15   doing something wrong, I can't tell them nothing.

16       Q    So these documents that you said people are

17   expected to sign, who would have -- who would have those

18   if I wanted to go find them?

19       A    Valtierra or Meza, either or.

20       Q    Okay.  So Valtierra and Meza keep those

21   documents themselves?

22       A    I believe so.

23       Q    Do you know if anybody from Valtierra -- do

24   Valtierra and Meza, do they have offices on the

25   properties?

1    that I do.  That's basically it though.  You know, in

2    the same token --

3        Q    So my question is that the 4.10 rate and the,

4    you know, the rate that you paid per box to Valtierra

5    and Meza for production of the poultry, do you have any

6    idea whether or not that rate includes any kind of

7    overtime -- cost for overtime compensation for any

8    employees that work overtime, do you know?

9        A    I don't.

10        Q    Okay.  So Javier Sullon has apparently run

11    off.  He ran off without paying employees for three to

12    four weeks.  Are you aware of that?

13        A    I looked into that and I know because I talked

14    to a lot of employees because I was going close the

15    facility.  And I know he didn't pay one week for -- one

16    week for sure, two weeks, I would say two weeks for

17    sure, then the rest, whatever they said it is.  I mean

18    that makes sense.  People will work and not get paid,

19    especially the poultry industry, because it happens in

20    the poultry industry so many times and I know for a fact

21    they won't stay there though.

22        Q    So do you know -- do you have any knowledge as

23    to -- as to why Sullon left without paying the

24    employees?

25        A    Greed.

```
 1        Q    You said greed?

 2        A    Greed.

 3        Q    So is it your understanding that -- did you

 4   talk to Sullon before he left?

 5        A    Before he left?

 6        Q    Yeah?

 7        A    Yeah.

 8        Q    Did you have any knowledge about the fact that

 9   he was going to leave?

10        A    No.

11        Q    Okay.  The amounts that you usually pay to the

12   processors, had you paid him the amount for the poultry

13   that his processors were expected to cut prior to him

14   leaving?

15        A    What do you mean?

16        Q    So you know, you issue checks to the different

17   processors to cover the cost of processing?

18        A    Correct.

19        Q    Had you -- had you issued the check -- the

20   check that you normally issue, had you issued that to

21   Sullon before he left?

22        A    He was getting paid in advance.

23        Q    Okay.

24        A    So that he paid or not paid, that -- I don't

25   know.  How it happens, I'm the one who actually called
```

```
 1    police.

 2         Q    Okay.  So they were telling you, you need to

 3    pay us for this time that Sullon was supposed to pay us.

 4    And you said that you weren't going to pay that because

 5    that was Sullon's responsibility?

 6         A    Correct.

 7         Q    Okay.  And then directed them to call the

 8    police?

 9         A    Correct.

10         Q    Have you -- have you or The Exclusive paid the

11    employees for that time up until this point?

12         A    No.

13         Q    Do you know if anybody else has?

14         A    Not that I know.

15         Q    Okay.  And then, did Sullon, prior to becoming

16    the owner of Sullon Poultry, did Javier Sullon work for

17    you in any capacity?

18         A    No.

19         Q    Did he work for any of the processing --

20    poultry processing companies that you contract with?

21         A    He worked with the previous guy who was there

22    before, which was Camacho Poultry.

23         Q    Okay.  And then do you know how Sullon came to

24    be the owner of his own processing company?

25         A    Well, Camacho's Poultry walked out on me and
```

1    they left me hanging.  There was no blocks on that day.

2         Q    So did Sullon come up to you and said he'd be

3    happy to take over?

4         A    Yeah, I was -- I -- I took it on the spot.

5    Say okay.  Let's do it.  You know, I, you know, and --

6    and said let's work, and it took about two, three weeks

7    for him to put a crew together and paperwork on for him

8    to start dealing with me though.

9         Q    Okay.  Did you enter any kind of written

10   contract with Sullon?

11        A    Yes.

12             MS. PAREKH:  Okay.  That was another

13   document that I think is actually pending production.

14             MR. MCLAREN:  Yes.

15             MS. PAREKH:  Anthony, you said you were

16   going to be giving us the contracts.  Okay.

17             MR. MCLAREN:  Correct.  I believe I've

18   gotten them.

19             MS. PAREKH:  Okay.  Great.  We'll follow

20   up with that after.

21   BY MS. PAREKH:

22        Q    And then, okay.  What about Valtierra?  Did

23   Juan Valtierra -- Juan Valtierra?

24        A    Yes.

25        Q    Juan Valtierra, was he also a cutter in one of

```
 1    the processing facilities?

 2         A    He was Sullon's employee.

 3         Q    Okay.  And was it a similar thing after Sullon

 4    disappeared, then --

 5         A    Correct.

 6         Q    Okay.  So was it a similar thing where Juan

 7    Valtierra said, "Hey, I can fill in this gap and take --

 8    take over this"?

 9         A    Yeah.

10         Q    Okay.  And then you thought it was a good

11    idea?

12         A    Of course, I got production holding, trucks

13    outside waiting.

14         Q    Okay.  When --

15         A    So it took me two -- it took me two --

16    Thursday, Friday, Saturday, it took me three days for me

17    to be able to work in that facility with Valtierra.

18         Q    What about Karen Rios?  Was she also a cutter?

19         A    Yeah.  They used to work together.

20         Q    Okay.  And then is it the same thing again

21    with Meza, where Javier Meza was a cutter, and then

22    there was a gap, and he filled the gap as a -- as a

23    poultry processor?

24         A    Yeah.  Well, with him, we started in January,

25    I think.  I can't remember when it was, but he's the one
```

1    who actually approached me and said, "You know what, can

2    I work with you and do this?"  Like okay.  Cool.  So he

3    started on -- on Proctor.

4        Q    Is that -- you said that there was a remodel

5    on Proctor?

6        A    Correct.

7        Q    So did he start -- so he started Meza,  he's

8    the first processor to start at that facility after the

9    remodel?

10       A    Correct.

11            MS. PAREKH:  Okay.  Okay.  Well, that

12   concludes all of my questions.  So at this point,

13   Anthony, I'll turn it over to you if you want to do any

14   kind of redirect.

15            MR. MCLAREN:  I just have one small bit.

16   Thank you, Nisha.

17            MS. PAREKH:  Okay.

18                    FURTHER EXAMINATION

19   BY MR. MCLAREN:

20       Q    So Mr. Bran, going back to maybe about 30 or

21   45 minutes ago when you were questioned about the

22   investigator that came on your premises and you

23   essentially not allowing her to go in, I wanted you to

24   explain what was the reason why you did not allow her to

25   go in or what happened?

1                    CERTIFICATE OF NOTARY PUBLIC

2

3    State of Florida )

4    County of Sumter )

5

6         I hereby certify that on the 13th day of September,

7    2023, before me, a RON notary public for the State of

8    Florida, TONY BRAN remotely appeared via

9    videoconference, and prior to testifying, swore an oath,

10   to tell the truth.

11

12        DATED this 13th day of September, 2023.

13

14

15                 /s/Kimberly Jones

16                 Kimberly Jones

17                 RON Notary Public, State of Florida

18                 Commission No.: HH364867

19                 Commission Expiration:  02/21/27

20

21

22

23

24

25

```
 1                    CERTIFICATE OF REPORTER

 2

 3            I, Olivia Wilson, hereby certify:

 4            That the foregoing proceedings were taken

 5   before me at the time and place therein set forth;

 6            That the proceedings were recorded by me and

 7   thereafter formatted into a full, true, and correct

 8   transcript of same;

 9            I further certify that I am neither counsel

10   for nor related to any parties to said action, nor in

11   any way interested in the outcome thereof.

12

13            DATED, this 22nd day of September 2023.

14

15

16            _____

17            Olivia Wilson, CER-1600

18            Court Reporter

19

20

21

22

23

24

25
```