# EXHIBIT 2

1                    UNITED STATES OF AMERICA

2                      DEPARTMENT OF LABOR

3                    WAGE AND HOUR DIVISION

4    _____

5    UNITED STATES OF AMERICA

6    DEPARTMENT OF LABOR,

7            Claimant,

8       v.                              Case No:

9    VALTIERRA POULTRY LLC,             Case Number

10           Respondent.

11   _____

12                       DEPOSITION

13   _____

14

15   WITNESS:            KAREN J. RIOS

16   DATE:               Wednesday, August 30th, 2023

17   START TIME:         1:11 p.m.

18   END TIME:           7:45 p.m.

19   REMOTE LOCATION:    Remote Legal platform

20   REPORTER:           Olivia Wilson, CER-1600

21   JOB NO.:            18802

22

23

24

25

```
 1                    A P P E A R A N C E S

 2

 3         U.S. DEPARTMENT OF LABOR

 4         300 Fifth Avenue

 5         Suite 1120

 6         Seattle, Washington 98104

 7         By:  NISHA PAREKH, ESQUIRE

 8              parekh.nisha@dol.gov

 9         Appearing for Claimant

10

11   ALSO PRESENT:

12         Maria De La Rocha, Observer

13         Angel Lin, Observer

14         Rafael Valles, Observer

15         Amanda Ricker, Notary Public

16

17

18

19

20

21

22

23

24

25
```

1           I N D E X   O F   T E S T I M O N Y

2

3   EXAMINATION OF KAREN J. RIOS:                    PAGE

4       By Ms. Parekh                                8

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1                I N D E X   O F   E X H I B I T S

2                   (available for download)

3

4   EXHIBIT   DESCRIPTION                              PAGE

5   1         Sworn testimony subpoena of Valtierra

6             Poultry LLC                               10

7   2         Secretary of state filings               129

8   3         Bills of Lading                          136

9   4         W-4s of Arnaldo Tol                      160

10  5         Pay records                              183

11  6         Time cards of employees                  216

12  7         Karen Rios statement                     233

13  8         Video of deboning speed                  241

14  9         Valtierra contract                       250

15

16

17

18

19

20

21

22

23

24

25
```

1                 I N D E X   O F   R E Q U E S T S

2

3    DESCRIPTION                                  PAGE   LINE

4    Ms. Parekh to the witness:

5    Spreadsheet of business

6    expenses, profits and losses              58     12

7

8    Ms. Parekh to the witness:

9    Product temperature logs                  82     14

10

11   Ms. Parekh to the witness:

12   Additional pay records of the witness     214    20

13

14   Ms. Parekh to the witness:

15   Any text messages between the witness

16   and Tony Bran                             257     7

17

18

19

20

21

22

23

24

25

1                    P R O C E E D I N G S

2                    THE REPORTER:  Good afternoon.  We are

3       now on the record.  Today's date is August 30th, 2023,

4       and the time is approximately 1:11 p.m., Eastern Time.

5                    My name is Olivia Wilson.  I am the

6       officer designated by Remote Legal, 381 Park Avenue

7       South, New York, New York, to take the record of this

8       proceeding.

9                    This is the deposition of Karen J. Rios,

10      taken in the matter of U.S. Department of Labor versus

11      Valtierra Poultry LLC, filed in the United States

12      Department of Labor and Wage Hour Division.

13                   Would all counsel please identify

14      themselves for the record, starting with the noticing

15      attorney and state who they represent?

16                   MS. PAREKH:  This is Nisha Parekh.  I

17      represent the United States Department of Labor.  And

18      just to clarify, this is not a litigation proceeding.

19      No complaint has been filed in any venue or

20      jurisdiction.  This is a civil investigation into

21      Valtierra Poultry.

22                   THE REPORTER:  Will all observers please

23      identify themselves for the record?

24                   MS. PAREKH:  Observing with us today we

25      have Angel Lin and Maria De La Rocha, Wage and Hour

1    investigators for the West Covina District Office.  And

2    we have Rafael Valles, Assistant District Director for

3    the West Covina office.

4                    THE REPORTER:  Will the notary please

5    identify themselves for the record?

6                    THE NOTARY PUBLIC:  Amanda Ricker, Remote

7    Online Notary with Remote Legal.

8                    THE REPORTER:  This deposition is being

9    taken remotely, and is being conducted pursuant to the

10   procedural rules and laws of the state which governs

11   this matter.  As such, all parties agree to this means

12   of capturing the official record, which may include

13   recording by audio, and/or audiovisual means, and agree

14   not to oppose admission of this proceeding on the basis

15   of the personnel or method by which the testimony in

16   this proceeding was captured.

17                    Do all parties so stipulate?

18                    MS. PAREKH:  Yes.

19                    THE REPORTER:  Will the notary please

20   swear in the witness?

21                    THE NOTARY PUBLIC:  Ms. Rios, would you

22   raise your right hand, state and spell your name for us?

23                    MS. RIOS:  My name, Karen Rios.

24                    THE NOTARY PUBLIC:  Spell it, please.

25                    MS. RIOS:  K-R -- K-A-R-E-N, R-I-O-S.

1                    THE NOTARY PUBLIC:  Ma'am, do you swear

2    or affirm that the testimony you shall give in this

3    proceeding will be the truth, the whole truth, and

4    nothing but the truth?

5                    MS. RIOS:  Yes.

6    WHEREUPON,

7                         K A R E N   R I O S

8    having been called as a witness, being duly sworn by the

9    notary public present, testified as follows:

10                    THE NOTARY PUBLIC:  Thank you.

11                    The witness is sworn.

12                    THE REPORTER:  Thank you.

13                    Counsel, you may begin.

14                    MS. PAREKH:  Good morning, Ms. Rios.

15                    THE WITNESS:  Good morning.

16                         EXAMINATION

17   BY MS. PAREKH:

18        Q    I am Nisha Parekh, attorney for the United

19   States Department of Labor.  So, I'll be taking your

20   deposition today.  You were just sworn in to tell the

21   truth, the whole truth, and nothing but the truth; do

22   you understand that?

23        A    Yes.

24        Q    During the course of this deposition, please

25   speak clearly and project your voice so that we can hear

1    about that you were referred to go to a place to

2    register as an LLC; do you remember that testimony?

3         A    Yeah.

4         Q    Who referred you to the place to register as

5    an LLC?

6         A    Who referred me?

7         Q    Yeah.  Who referred you to that location?  Who

8    told you to go there?

9         A    It -- it was Michelle.

10        Q    Okay.  Did anybody else tell you to go there?

11        A    It was Michelle.

12        Q    Okay.  Okay.  So, you said that Exclusive

13   gives you a check for the cutting services you provide,

14   correct?

15        A    Yes.  Yes.

16        Q    So, who hands you the check?

17        A    Who hands me the check?

18        Q    Yeah.

19        A    His -- I'm guessing Tony's secretary.

20        Q    Tony's secretary?

21        A    I'm guessing so.

22        Q    Why are you guessing that?

23        A    Well, because she gives me the checks.

24        Q    Okay.  So, what's her name?

25        A    I don't know her last name.  I just know her

1    name is Gina (phonetic.)

2         Q    Gina?

3         A    Yes.

4         Q    And how do you know she is Tony's secretary?

5         A    Because -- because when -- when I -- I show

6    how much product I've cut, I show her.

7         Q    Okay.  And who told you that you should show

8    it to her?

9         A    Who told me I should show it to her?

10        Q    Yeah.

11        A    Her because she's the one that takes care of,

12   like, how to do that.

13        Q    So, she came up to you and she said, when you

14   finish cutting products, you need to show me how much

15   you cut?

16        A    Yeah.  Well, yes.  Because I get the -- when

17   the truck comes in, I get the paper and I sign.  For

18   example, if I received a 1,000 cases that day, then

19   that's what I received.  So -- so, I at the end of the

20   day -- at the end of the week, I'm sorry, I do -- I'm

21   going to say this in Spanish.  I do -- (In Spanish) how

22   do you say that?

23        Q    Accounting?

24        A    Yeah.  Of how many boxes I received and how

25   many boxes we cut.

1      Q    Okay.  And then that accounting you provide to

2   who?  Tony's secretary?

3      A    Yes.

4      Q    Okay.  And who told you that you need to

5   provide it to her.  Like, how do you know that you --

6   that you should be providing it to her?

7      A    I think -- I think this was Tony that told me.

8      Q    Okay.  Do you remember when?

9      A    I don't.

10      Q    Would it have been around August of '22?

11      A    When I started.

12      Q    Okay.  So, August 2022 approximately?

13      A    Around there, yes.

14      Q    Okay.  So, you spoke earlier about how you

15   used to pay cash pay for Saturday work until about

16   November 2022; do you remember that?

17      A    Mm-hmm.

18      Q    Yes?

19      A    Yes.

20      Q    Where did you get the cash to pay the

21   employees for Saturday work?

22      A    Okay.  So, my first -- the first time that I

23   worked -- that I got my check, the employees had said --

24   how do you say -- (in Spanish) -- like, when -- when you

25   leave it and then you get paid till the next week.  How

1    do you say that?  How do you come about saying that?

2    For example, I started a new job and then I work my --

3    my week and then I don't get paid till next Friday.

4         Q    So, the pay was delayed?

5         A    Basically -- not delayed but --

6         Q    You can just describe it even if you don't

7    know the exact (indiscernible - simultaneous speech.)

8         A    Okay.  Yeah.  That's when I -- like -- when I

9    -- when I -- when I worked -- when I worked at -- I was

10   working at DiDi's (phonetic.)  The first time that I

11   went -- the first week, I had to leave it -- like, I

12   didn't get paid the Friday.  I got paid till -- till

13   next Friday.  So, you always leave, like, one before.

14        Q    Okay.  So -- okay.  So, what -- so, you as the

15   business owner, you paid cash on -- for Saturday work,

16   right?

17        A    Yes.

18        Q    Where did you get the cash from to pay people?

19        A    Okay.  The cash that -- the -- the cash that

20   we paid was till the other -- the other Saturday.  Does

21   that make sense?  So, the first --

22        Q    But where did it come from?

23        A    From the check payment.  The check that --

24   that I received for cutting, that's where it came from.

25        Q    So, why did you issue cash pay on Saturdays?

```
 1   sometimes we -- we -- we receive, like, combo bins.  And

 2   so, I -- I -- I get paper, the printer, I think --

 3   printer pens, waters.

 4        Q    How much does -- who does Valtierra Poultry

 5   rent from?

 6        A    Who do we rent from?

 7        Q    Yeah.

 8        A    Tony.

 9        Q    How much a month do you pay in rent?

10        A    I'm paying 10,000.

11        Q    Where do you get the money to pay the rent to

12   Tony?

13        A    From the business.

14        Q    From which business?

15        A    From Valtierra.

16        Q    Okay.  So -- but you said Valtierra's whole

17   business is to cut chicken for Tony, right?

18        A    Yes.

19        Q    So, who gives you the money to pay rent to

20   Tony?

21        A    Okay.  From the check that I received -- from

22   there, I pay my employees.  From there, I take out what

23   I earned.  Does that make sense or no?

24        Q    So, just focus on the question about rent.

25        A    Okay.
```

1       Q    Okay.  Do they come in at the same time or do

2  they come in earlier?

3       A    Yes, 5.

4       Q    They come in at 5 still?

5       A    Yes.

6       Q    Okay.  And then what about for the packers?

7  On Saturdays what -- about what was their hours through

8  -- August through November '22?

9       A    I can't give you a straight answer because I

10 don't remember it, but probably like, around the same,

11 like, 2:30 to 3, around there.

12      Q    Okay.  And then for the box guys, what are the

13 box guys -- what were the box guys hours between August

14 and November of '22 -- 2022?

15      A    Sometimes they leave earlier because -- since

16 there's no more boxes to throw, then they leave.

17      Q    But like, what time do they come in?

18      A    Same, 5.

19      Q    And what time, on average, do they leave?  Do

20 they leave when everybody else leaves?

21      A    Maybe, like, thirty minutes more -- like

22 around after the cutter.  So, like, around 1:30 to 2.

23      Q    Okay.  And have you ever paid overtime to the

24 packers?

25      A    No.

```
 1         A    It's the same thing.

 2         Q    Okay.  What about the packers?

 3         A    Same thing.  We come in at 5:00.

 4         Q    And the box guys?

 5         A    At 5:00.

 6         Q    Okay.  So, just to summarize and make sure I'm

 7    clear, since your business started in August 2022,

 8    you've had about 45 to 50 cutters, correct?

 9         A    Yes.

10         Q    They come into the business to start cutting

11    around 5:00 a.m.?

12         A    Yes.

13         Q    That -- and they come in around 5:00 a.m.

14    between Mondays and Saturdays?

15         A    Yes.

16         Q    Then they finish the day whenever they finish

17    cutting boxes, correct?

18         A    Yeah.

19         Q    And that can range in time from about 1:30

20    till about 3:00?

21         A    They -- we -- production -- the latest that I

22    have had product inside is 2:00.

23         Q    Okay.  So --

24         A    The cutters cut after 2:00.

25         Q    So, between Mondays and Fridays, the latest
```

1    will be about 1:30 to 2:00, that people leave and stop

2    cutting?

3         A    Yes.

4         Q    And then on Saturdays it'll be between noon

5    and 2:00?

6         A    Oh, yeah.  Because it's short day.

7         Q    Short days on Saturdays.  And since your

8    business started operating in August 2022, there's been

9    Saturday work consistently?

10        A    Yes.

11        Q    Okay.  And then for the packers -- the

12   packers, since you started your business in August 2022,

13   they also come in around 5:00?

14        A    Yes.

15        Q    And then they'll leave about 30 minutes to an

16   hour after the cutters?

17        A    Yes.

18        Q    They make an hourly rate of about $15 to $16?

19        Q    To $17.

20        Q    Between $15 and $17?

21        A    Yes.

22        Q    And then the box guys also earn about $15 to

23   $17?

24        A    Around there.  Yes.

25        Q    And their hours are about the same as the

1     packers?

2         A     The -- the box guys, a little bit less.   Like,

3     maybe half an hour less.

4         Q     Okay.   Okay.   So, are there days when you have

5     to ask the employees to, kind of, wait around to see if

6     chicken is going to come?

7         A     Yes.

8         Q     About how many times a week does that happen?

9         A     It can happen one time a week, and then in the

10    next three weeks.   It's not every week.

11        Q     So maybe once -- one to two times a month?

12        A     Around.

13        Q     Okay.   And then when people are waiting for --

14    waiting to see if the chicken comes, about how long do

15    they have to wait?

16        A     Sometimes 30 minutes; sometimes 20; sometimes

17    an hour.

18        Q     Do they ever wait more than an hour?

19        A     If they want to.   Some leave.

20        Q     Okay.   Do you ever tell people that they need

21    to wait until the chicken comes?

22        A     If it's -- if it's like 30 minutes, then yeah.

23    But if not, then they'll just go home.

24        Q     So, explain to me.   If it's been -- if thirty

25    minutes have passed and no chicken has come, what do you

1    counting the bags -- like, I'm telling you, sometimes I

2    start counting the bags by 1:30.  Okay?  And so they are

3    done --

4         Q    So, if you start counting the bags at 1:30

5    then -- and it takes you about 40 minutes -- then you'll

6    be done counting around 2:00, 2:15?

7         A    Okay.  If we receive less production that day,

8    then it doesn't take 40 minutes.

9         Q    Yes --

10        A    It takes 25 minutes.

11        Q    -- but earlier you testified it takes about 40

12   minutes to count the bag, right?

13        A    Yes.  Yes.

14        Q    Okay.  So, if you finish -- if you start

15   counting bags around 1:30, you'll be done around 2:00,

16   2:15?

17        A    More like around 2:10, 2:00, around -- roughly

18   around.

19        Q    Okay.  And then if people stop cutting around

20   2:00, then you'll be done closer to, like, 2:40?

21        A    Around.

22        Q    Okay.  Okay.  So, at the bottom of the first

23   page of this exhibit -- of Exhibit 5, there's some

24   numbers written here; can you tell me what those numbers

25   are?

```
1                    CERTIFICATE OF NOTARY PUBLIC

2

3    State of Tennessee  )

4    County of Anderson  )

5

6        I hereby certify that on the 30th day of August

7    2023, before me, a RON notary public for the State of

8    Tennessee, KAREN RIOS remotely appeared via

9    videoconference, and prior to testifying, swore an oath,

10   to tell the truth.

11

12       DATED this 30th day of August 2023.

13

14

15               _/s/ Amanda Ricker__

16               AMANDA R. RICKER

17               RON Notary Public, State of Tennessee

18               Commission Expiration: 1/29/2025

19

20

21

22

23

24

25
```

1               CERTIFICATE OF REPORTER

2

3          I, Olivia Wilson, hereby certify:

4          That the foregoing proceedings were taken

5     before me at the time and place therein set forth;

6          That the proceedings were recorded by me and

7     thereafter formatted into a full, true, and correct

8     transcript of same;

9          I further certify that I am neither counsel

10    for nor related to any parties to said action, nor in

11    any way interested in the outcome thereof.

12

13         DATED, this 20th day of September 2023.

14

15

16    _____

17         Olivia Wilson, CER-1600

18         Court Reporter

19

20

21

22

23

24

25