MARC A. PILOTIN
Regional Solicitor
ANDREW J. SCHULTZ
BORIS ORLOV
Counsels for Wage and Hour
ANDREW M. KATZ (CSBN 350024)
Senior Trial Attorney
NISHA PAREKH (CSBN 318393)
Trial Attorney
UNITED STATES DEPARTMENT OF LABOR
312 N. Spring Street, Suite 720
Los Angeles, CA 90012-4701
Telephone: 213-894-3950
Parekh.nisha@dol.gov
*Attorneys for Plaintiff Julie A. Su,*
*Acting United States Secretary of Labor*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE A. SU,<br><br>Acting Secretary of Labor,<br><br>United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>THE EXCLUSIVE POULTRY, INC., et al. | Case No. 2:23-cv-08185<br><br>**DECLARATION OF MARIA DE LA ROCHA** |

I, MARIA DE LA ROCHA, hereby declare:

1. I am over eighteen years of age. I am employed as a Wage Hour Investigator ("WHI") by the Wage and Hour Division ("WHD") of the United States Department of Labor. I have personal knowledge of the facts set forth below and if called to testify I could and would testify to the following facts.

2. Since 2006, I have served as a WHI for the WHD's West Covina District Office, located at 100 Barranca St, West Covina, CA 91791. During that time, I have attended basic and advanced investigator training as well as numerous trainings regarding specific statutes enforced by the WHD, including the Fair Labor Standards Act of 1938 ("FLSA"). I have investigated or assisted with investigating hundreds of cases under the statutes that the WHD enforces, including the FLSA.

3. The information contained in this declaration is based on my training, experience, personal knowledge (including observations made by me during this investigation), and information provided to me by other sources as noted herein.

4. The WHD enforces federal minimum wage, overtime pay, recordkeeping, and the FLSA's child labor requirements. When the WHD receives a complaint about a violation of FLSA, it typically investigates the complaint.

5. During an investigation, WHIs may inspect places of employment, examine payroll and time records, and interview employees about their hours worked, wages paid, and in the case of employees under the age of eighteen, the types of work performed. Such inspections and examinations are critical to identifying and remedying violations of the FLSA, including minimum wage, overtime, recordkeeping, and child labor violations.

6. In my sixteen years as a Wage Hour Investigator, I have conducted four investigations involving poultry processing plants, which are facilities where poultry is cut and deboned in preparation for human consumption. This type of work is considered oppressive and hazardous child labor for minors under the age of eighteen. Specifically, under Hazardous Order 10, 29 C.F.R. § 570.61, employees

under the age of sixteen are prohibited from engaging in meat and poultry packing, processing or rendering, and employees under eighteen are prohibited from operating certain meat and bone cutting machines, and also engaging in deboning operations.  Further, under Child Labor Regulation No. 3, 29 C.F.R. §§ 570.33, children under the ages of sixteen are prohibited from working in processing in a workroom located in a freezer or meat cooler, while Child Labor Regulation No. 3, 29 C.F.R. § 570.35 restricts the hours that children under the age of sixteen may work.

7. The WHD has been conducting an investigation of the poultry processing operations located at 218 South 8th Ave, La Puente, CA 91746 (hereinafter "8th Ave") and 15268 Proctor Ave, City of Industry, CA 91745 (hereinafter "Proctor Ave").

8. To date, WHD's investigation has included multiple site visits to the 8th Ave and Proctor Ave facilities, employee and employer interviews, document collection, and the administrative depositions of Karen Rios ("Ms. Rios"), owner of record of Valtierra Poultry LLC ("Valtierra Poultry"), Javier Meza ("Mr. Meza") and Jacqueline Garcia ("Ms. Garcia"), owners of record of Meza Poultry LLC ("Meza Poultry"), and Tony Elvis Bran ("Mr. Bran"), one of the owners of The Exclusive Poultry Inc ("Exclusive Poultry").

9. As a result of these investigative activities, WHD has learned that the poultry processing facilities at the 8th Ave and Proctor Ave locations have operated under different business names over the years under Mr. Bran's control.  We have learned that Mr. Bran and his mother own the 8th Ave and Proctor Ave properties. We have also learned that the various companies operating at the 8th Ave and Proctor Ave locations are owned by individuals who previously worked as poultry deboners, packers, and drivers, but that Mr. Bran helped them become company owners.  Valtierra Poultry and Meza Poultry employ workers to debone and cut chicken using knives they sharpen daily ("Deboners").  They also employ workers

to unpack pallets of boxes of uncut poultry from delivery trucks, take them to the cutting floor for processing, repack them after they have been processed, move them into freezers for storage, and load trucks with processed chicken for delivery ("Packers"). Valtierra Poultry and Meza Poultry process poultry exclusively for Mr. Bran's enterprise, Exclusive Poultry, which sells and distributes processed poultry to Mr. Bran's clients. We also learned that Mr. Bran gives each of these companies approximately $60,000 to over $200,000 per month to pay employee wages, and other business expenses.

10. A variety of different poultry processing companies affiliated with or owned by Mr. Bran have operated at the 8th Ave location. Within approximately the last three years, companies operating at the 8th Ave location include Camacho Poultry, LLC; Sullon Poultry, Inc.; Nollus's Poultry LLC; and most recently, Valtierra Poultry, which continues to operate on site under Ms. Rios and her partner Juan Valtierra's ("Mr. Valtierra") management. Mr. Bran's own company, Exclusive Poultry, has operated out of this location and managed these poultry processing facilities in their different forms since at least 2018. Prior to 2018, Mr. Bran operated poultry processing company JT Food Specialty, Inc. out of this facility with his brother John Bran (also spelled Jhon Bran).

11. Meza Poultry formed on November 22, 2021, and started operating at the Proctor Ave location from January 3, 2022, to present. Exclusive Poultry also operates from this location. Exclusive Poultry's main offices, including Mr. Bran's office and the office of his secretary, Gina E. Reyes ("Ms. Reyes"), are located at the Proctor Ave location.

12. In addition to evidence indicating that the businesses that have operated or are currently operating at these locations are a single integrated enterprise controlled by Mr. Bran, our investigation has unearthed extensive evidence of minimum wage, overtime, recordkeeping, and child labor violations occurring at the 8th Ave and Proctor Ave facilities.

13. Additional relevant facts and findings of the investigation are described in further detail below. References to employee or other confidential informants are referred to herein in a gender-neutral manner (using they/them pronouns) to protect employee identities.

14. On August 27, 2022, the WHD received a complaint from former employees of Nollus's Poultry, LLC, alleging that their employer Javier Sullon ("Mr. Sullon") had failed to pay them two to four weeks' worth of wages. The employees also identified Mr. Bran as the owner of the company.

15. On November 12, 2022, I spoke with an individual conducting business in the vicinity of the 8th Ave location who informed me that Mr. Bran was the owner of the facility, and that Mr. Bran would rename the business operating at this location when he got in trouble with the government.

16. On November 17, 2022, I, along with several other WHIs, returned to the 8th Ave poultry plant and spoke with employees inside the facility. Employees told us that the facility was no longer operating as Sullon Poultry or Nollus's Poultry, but was now operating under the name Valtierra Poultry, managed by Ms. Rios and her partner Mr. Valtierra. Employee interviews established that Deboners use different types of knives that they sharpen throughout the day to cut the meat off the bone, and sometimes further cut the meat into smaller pieces. Deboners stand on their feet all day. Deboners are paid a set amount per 40-pound box of chicken they cut (this is called a piece rate) while packers are paid the prevailing local minimum wage. Deboners reported working six days a week from Monday through Saturday from 5:00 a.m. to 2:00 p.m. or later, with a 20-to-45-minute lunch break but no other breaks, and packers work longer hours to pack the cut chicken. Deboners and packers stated that they routinely worked over 40 hours in a workweek but do not receive any overtime premium. Interviewed employees stated that they would alternate between the 8th Ave and Proctor Ave locations depending on where there was more poultry to be processed.

17. During the November 17, 2022 site visit, I observed employees who appeared to be minors between the ages of fourteen and seventeen. The WHIs and I attempted to interview the minors, but they ran away. However, other employees WHD spoke with that day indicated that at least five or six minors were working at the 8th Ave and Proctor Ave facilities.

18. On November 28, 2022, I returned to the Proctor Ave facility. During my visit, employees informed me that the poultry plant was operating under the name Meza Poultry, managed by Mr. Meza. During this site visit, I observed multiple employees who looked like they might be younger than seventeen. I tried to interview these employees, but they ran away. I did, however, speak with one employee who informed us that they had personally started working at the facility as a packer at seventeen years old.

19. On December 1, 2022, WHIs, including myself, returned to the Proctor Ave facility to investigate further. We again saw three to four employees who looked very young; however, these employees did not allow us to interview them.

20. On July 13, 2023, I interviewed an individual with intimate knowledge of the operations of one of the entities at issue. The individual provided us with a signed statement informing us that they knew of many children under the age of eighteen working at the 8th Ave location for Mr. Bran. One child told this individual that they were eleven years old, one child was fifteen and pregnant, and she saw these children deboning chicken at 8th Ave. The individual stated that when the DOL arrives for an investigation, the outside workers warn the inside workers, who sent the children out through the back door. The individual stated that Mr. Bran had authority to fire the children.

21. On August 15, 2023, I received a telephone call from a former employee of Nollus's Poultry and Meza Poultry who informed me that a 15-year-old child and a 16-year-old child had been working at the 8th Ave and Proctor Ave locations deboning chicken.

22. On August 22, 2023, I met with employees who stated they had worked at both the 8th Ave and Proctor Ave locations as deboners, while being seventeen and younger, over the past three years. They worked full time, six days per week, more than forty hours per week, without an overtime premium. They discussed that many of the minors working at the 8th Ave and Proctor Ave locations do not attend school. The employees talked about cutting themselves with their knives, which they had to sharpen every day, while working. The employees confirmed that minors continue to work at the locations deboning poultry. They informed us that when the DOL arrives on site for investigations, the employers will hide them in closets and bathrooms so that we cannot find them. They also informed us that all the deboners, including the minors, use knives to debone the chicken, which they are required to sharpen daily. Deboners, including minors, hoist heavy tubs filled with cut chicken into a tumbler machine, causing minors to sustain injuries to their hands, arms, shoulders, and backs. These workers confirmed that they worked at the 8th Ave location for Sullon Poultry Inc and Nollus's Poultry from at least 2020 through 2022, until Nollus's changed to Valtierra Poultry.

23. On August 31, 2023, an employee informed me that Mr. Bran had rounded up all the employees at the 8th Ave location, where Valtierra Poultry operates. Mr. Bran then yelled at the deboner and packer employees for one to two hours in Spanish, threatening that he believed they had "opened their traps" to the Department of Labor and that because of this, he would be reducing their pay. Just the day prior, the Department of Labor had conducted an administrative deposition of Ms. Rios. During her testimony I heard her testify that: Mr. Bran gives her money to pay the deboner and packer employees; she rents the poultry processing facility from Mr. Bran and pays him for rent with money that he gives her; all the poultry Valtierra Poultry employees process is purchased by Mr. Bran who owns the poultry throughout the processing period; Valtierra Poultry employees work more than 40 hours per work week but are not paid an overtime premium; and she pays employees

in cash.

24. On September 1, 2023, I went to the 8th Ave location to serve a subpoena for documents on Ms. Rios, owner of Valtierra Poultry and return documents that she had previously produced to us in response to a prior document subpoena. When I arrived, I told an employee I needed to speak to Ms. Rios, who then came outside. Immediately after I served her the subpoena, Mr. Bran came up behind me and aggressively told me that this was private property, and I was not allowed inside. He prevented me from entering the building.

25. On September 12, 2023, I picked up property records for Mr. Bran and his family from the Los Angeles County Recorder's Office. These records show that Mr. Bran owns the 8th Ave location, and his mother owns the Proctor Ave location.

26. On September 13, 2023, the Department of Labor conducted an administrative deposition of Mr. Bran, which I attended. I recall Mr. Bran testifying that: Ms. Rios and Mr. Valtierra, and Ms. Garcia and Mr. Meza worked as deboners and packers for Mr. Bran, but wanted more responsibility in the workplace, so he helped them create poultry processing companies that he uses to process poultry for Exclusive Poultry; either he or Ms. Reyes (his secretary) pay Valtierra Poultry and Meza Poultry tens of thousands of dollars per month in pay for deboner and packer labor, but he does not calculate an overtime premium into the price he pays; his office and Ms. Reyes's office are located at the Proctor Ave location; he has decision-making authority related to employee discipline and termination; and he withdrew more than a million dollars from The Exclusive Poultry's corporate bank accounts in February of this year but "cannot remember" what he did with the money.

27. On September 14, 2023, I entered the Proctor Ave facility to read employees a Notice of Rights to educate them about their rights under the FLSA to be free from retaliation. Once inside, I gathered employees around and began to

read them the Notice of Rights. At this time, I observed several individuals who appeared to be minors between the ages of fourteen and seventeen years old. Before I completed my presentation, Mr. Bran arrived on site. Mr. Bran told me that I was not allowed on his private property. Mr. Bran further stated that the WHD was delaying production and wanted to know how long the delay would be. Mr. Bran then demanded that I leave the facility, which I did.

28. We then traveled to the 8th Ave location to read employees the Notice of Rights. Ms. Rios did not allow us to enter the building, so we asked her to send the employees outside, where we read them the Notice of Rights.

29. Later that day, I, along with another WHI, interviewed minor employees we had identified through our investigation. The employees were between fourteen and seventeen years old and worked as deboners at the Proctor location in Mid-September.

30. During the investigation, the WHD has attempted to obtain records relating to the poultry processing facilities and businesses operating at the 8th Ave and Proctor Ave locations, including personnel records to ascertain employee names and birth dates, and employee pay and time records. The WHD has made numerous attempts to obtain such records, including by issuing subpoenas *duces tecum* to relevant parties including Valtierra Poultry, Meza Poultry, Exclusive Poultry, Karen Rios, and Tony Bran. These employers have produced some records but have refused to produce all relevant time and pay records. Many of the records WHD requested are records that the employers operating at 8th Ave and Proctor Ave are required to maintain and preserve under Section 11 of the FLSA and 29 C.F.R § 516.2.

31. Notwithstanding the WHD's efforts, these companies and individuals have not produced: all records of hours worked (such as time cards, which they have made a partial production of); boxes cut (partial production made); wages paid in check and cash, including all receipts or other evidence of cash pay; employee job

applications, copies of identification cards, and other information identifying employee names and ages; USDA temperature logs showing the times of the day when employees are working such that poultry temperature is measured for compliance with USDA regulations; written communications between employers; video recordings that are taken on site of employees working, which would show employee hours worked; general ledgers; or employer tax records.

32. Based on my observations, I believe that such outstanding records – as well as other documentary or electronic evidence relevant to the violations at issue – may be found inside offices at the 8th Ave and Proctor Ave locations or on computers found at these locations. Specifically, at the 8th Ave location, I have observed Mr. Bran working inside an office containing filing cabinets, papers on a desk, and a computer. Ms. Rios has told me that she has an office inside the 8th Ave location, which is in the back of the building. Mr. Bran has also testified that he and his secretary maintain offices at the Proctor Ave location. Employees I have interviewed have informed me that when the DOL arrives on site for investigations, the employers will hide them in closets and bathrooms so that we cannot find them. As such, we believe that it would be important to search closets, bathrooms, and other small rooms, to see if we can identify minors working on site, in addition to searching the offices for records the employers may be hiding and are refusing to produce.

33. Based on my investigation and examination of Exclusive Poultry Customer Lists and Receivables Exclusive Poultry distributes poultry across state lines, including to companies in Friona, Texas, Round Rock Texas, Hawaii, Mississippi and New Jersey.

34. On September 28, 2023, I participated in the execution of a search warrant at the 8th Ave poultry processing facility. During the execution of that warrant, I conducted employee interviews. I conducted these interviews in the language spoken by the employees.

35. On that day, I spoke with an employee ("Employee E") who stated that they worked for Valtierra Poultry LLC, assisting with boxing poultry.. Employee E stated that they drive a power-driven pallet jack to load and unload boxes of poultry. Employee E further stated that they start their workday at 4:50 a.m. and work until at least 2:00 p.m., but more often 2:30 to 3:00 p.m., and sometimes as late as 5:00 p.m., six days a week. Employee E stated that they are paid an hourly rate of $15.00 but that all of their hours are paid at straight time, including hours worked over forty hours in a workweek.

36. I spoke with another employee ("Employee F") who stated that they work for Valtierra Poultry but that they had previously worked for Meza Poultry. Employee F stated that they assist with boxing poultry, including driving a power-driven pallet jack to load and unload boxes of poultry. Employee F stated that they start their workday at 4:50 a.m. and work until at least 2:00 p.m., but more often 2:30 to 3:00 p.m., and sometimes as late as 5:00 p.m., six days a week. Employee F stated that they are paid an hourly rate of $15.00 but that all of their hours are paid at straight time, including hours worked over forty hours in a workweek.

37. I observed the operation of the pallet jack machine. A large number of boxes is staked high on the machine which has a hoisting apparatus that when you push a button the machine will lift the pallets and place them in the freezer on top of each other.

38. In addition to Employee E and Employee F, I also interviewed five other employees who stated that they work as deboners cutting chicken. All five employees reported that they work on a piece rate basis and paid only for the poultry that they cut regardless of the hours that they work and are not paid an overtime premium for work over forty hours in a workweek. Furthermore, these employees reported working more than forty hours in a workweek, based on the following typical work schedule: 4:00 a.m. or 5:00 a.m. until at least 2:00 p.m. but sometimes as late as 3:00 p.m., Monday through Saturday.

DECLARATION OF MARIA DE LA ROCHA
Case No.                                                                                                                          Page 10

39.    WHI investigators observed that unlabeled boxes of chicken are loaded at the 8th Avenue location and transported to Proctor location where labels are applied for further processing and shipping.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September, 29, 2023

*Maria de la Rocha*

MARIA DE LA ROCHA