MARC A. PILOTIN
Regional Solicitor
ANDREW J. SCHULTZ
BORIS ORLOV
Counsels for Wage and Hour
ANDREW M. KATZ (CSBN 350024)
Senior Trial Attorney
NISHA PAREKH (CSBN 318393)
Trial Attorney
UNITED STATES DEPARTMENT OF LABOR
312 N. Spring Street, Suite 720
Los Angeles, CA 90012-4701
Telephone: 213-894-3950
Parekh.nisha@dol.gov
*Attorneys for Plaintiff Julie A. Su,*
*Acting United States Secretary of Labor*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE A. SU,<br><br>  Acting Secretary of Labor,<br><br>  United States Department of Labor,<br><br>                     Plaintiff,<br><br>          v.<br><br>THE EXCLUSIVE POULTRY, INC., et al. | **DECLARATION OF WHI CINDY PEÑA** |

I, Cindy Peña hereby declare:

1. I am over eighteen years of age. I am employed as a Wage Hour Investigator ("WHI") by the Wage and Hour Division ("WHD") of the United States Department of Labor. I have personal knowledge of the facts set forth below and if called to testify I could and would testify to the following facts.

2. Since November 7, 2022, I have served as a WHI for the WHD's West Covina District Office, located at 100 Barranca St, West Covina, CA 91791. During that time, I have attended basic investigator training as well as numerous trainings regarding specific statutes enforced by the WHD, including the Fair Labor Standards Act of 1938 ("FLSA"), and also trainings on how to conduct employee interviews. I have investigated or assisted with investigating hundreds of cases under the statutes that the WHD enforces, and in connection with those matters, I have interviewed approximately over a hundred employees.

3. On September 28, 2023, I assisted the Wage and Hour Division in connection with its investigation of the poultry processing facility located at 15268 Proctor Ave, City of Industry, CA 91745 (hereinafter "Proctor Ave"). As part of that investigation, I conducted employee interviews. I conducted these interviews in the language spoken by the employee.

4. That day, I spoke with an employee (hereinafter "WORKER 5") who identified themself to be 17 years of age. Worker 5 stated that they worked for Meza Poultry at the Proctor Ave location as a deboner, which they described as deboning and cutting chicken with a sharp knife. Worker 5 reported that they are paid $3.10 per box and complete 30-40 boxes a day. Worker 5 stated that they are paid in cash but are required to pay for their own tools and equipment, such as their knife, boots, gloves, mask and hairnet. Worker 5 further reported that they work from 5:00 a.m. to at least 1:30 p.m., Monday through Friday, and Saturdays 5:00 a.m. to 12:00 p.m.

5. I also spoke with another employee (hereinafter "Worker 6"). Worker 6 stated that they work for Meza Poultry at the Proctor Ave location as a packer,

which entails packing chicken in boxes. Worker 6 reported that they are paid $15 per hour. Worker 6 further stated that they work from 5:00 a.m. to at least 5:00 p.m., Monday through Friday, and Saturdays 7:00 a.m. to 1:00 p.m. Worker 6 stated that they are paid a lump sum cash amount every two weeks no matter how many hours they work. Worker 6 also stated that their employer does not always pay them for all hours worked, and that $300 to $400 is generally missing from their pay each pay period. However, Worker 6 stated that they have not notified their employer about these missing wages out of fear.

6. I also spoke with a third employee (hereinafter "Worker 7"), who stated that they currently work for Meza Poultry at Proctor Ave but had previously worked at the other poultry processing facility located nearby on 8th. Worker 7 stated that they work as a deboner, are paid $3.10 a box and complete 34-35 boxes per day. Worker 7 reported that they work from 6:00 a.m. to at least 2:00 p.m., Monday through Friday, Saturday 5:00 a.m. to 1:00 p.m. with a 40 to 45 min lunch break. Worker 7 stated that they are paid per box of poultry they cut and earn approximately $80 - $100 per day. I showed Worker 7 a photo of Tony Bran, and Worker 7 stated that Bran is the individual who gives orders to employees on how to do the work.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:

_____
CINDY PEÑA

DECLARATION OF WHI CINDY PEÑA