1  MARC A. PILOTIN
   Regional Solicitor
2  ANDREW J. SCHULTZ
   BORIS ORLOV
3  Counsels for Wage and Hour
   ANDREW M. KATZ (CSBN 350024)
4  Senior Trial Attorney
   NISHA PAREKH (CSBN 318393)
5  Trial Attorney
   UNITED STATES DEPARTMENT OF LABOR
6  312 N. Spring Street, Suite 720
   Los Angeles, CA 90012-4701
7  Telephone:  213-894-3950
   Parekh.nisha@dol.gov
8  *Attorneys for Plaintiff Julie A. Su,*
   *Acting United States Secretary of Labor*
9

10

11              IN THE UNITED STATES DISTRICT COURT

12            FOR THE CENTRAL DISTRICT OF CALIFORNIA

13

14  JULIE A. SU,                         Case No. 2:23-cv-08185
15     Acting Secretary of Labor,
       United States Department of Labor, **DECLARATION OF WHI**
16                                        **GISELA CHAN**
17                         Plaintiff,
18          v.
19  THE EXCLUSIVE POULTRY, INC., et
20  al.,
21                         Defendants.
22

23

24

25

26

27

28

I, Gisela Chan, hereby declare:

1.      I am over eighteen years of age. I am employed as a Wage Hour Investigator ("WHI") by the Wage and Hour Division ("WHD") of the United States Department of Labor. I have personal knowledge of the facts set forth below and if called to testify I could and would testify to the following facts.

2.      Since 2009, I have served as a WHI for the WHD's West Covina District Office, located at 100 Barranca St., West Covina, CA 91791. Previously, I was a Wage and Hour Technician, since 2003. I have attended basic and advanced investigator training, numerous trainings regarding specific statutes enforced by the WHD, including the Fair Labor Standards Act of 1938, and also trainings on how to conduct employee interviews. I have investigated or assisted with investigating hundreds of cases under the statutes that the WHD enforces, and in connection with those matters, I have interviewed thousands of employees.

3.      On September 28, 2023, I assisted the Wage and Hour Division in connection with its investigation of the poultry processing facility located at 218 South 8th Ave., La Puente, CA 91746 (hereinafter "8th Avenue"). As part of that investigation, I interviewed employees working at the 8th Avenue location, both on-site and on the phone. I conducted these interviews in Spanish, which was the language spoken by the employee. I am fluent in Spanish and have interviewed workers in Spanish in my job many times.

4.      That day, I spoke with an employee (hereinafter "Employee A") at the location. Employee A told me that they were hired in late 2022 by Juan Pablo Valtierra, whom they understood was a co-owner of the business Valtierra Poultry with Karen Rios. Karen and Juan Pablo told the employees they (Karen and Juan Pablo) were the owners of the business. Employee A reported that Karen Rios pays workers their wages, and that Employee A is paid in cash. Employee A stated that they work in the facility as a deboner, which they described as deboning and cutting chicken with a sharp knife. Employee A reported that they are paid $3.10

DECLARATION OF WHI GISELA CHAN
Case No. 2:23-cv-08185

per box/bag but that diced chicken is paid at $5 per box/bag; they did not receive an overtime premium for hours worked over 40 in a workweek. Employee A reported that they usually work from 5 a.m. to at least 2 p.m., Monday through Friday, with some breaks.

5.      I also spoke with another two employees on the telephone (hereinafter "Employee B" and "Employee C"). They stated that they currently worked for Karen at the 8th Avenue location as cutters. Within the last month or so, Tony told the workers that the piece rate would be lowered from $3.30 to $3.10 per box. Employee B and Employee C reported that they typically work from 5 a.m. to at least 2 p.m., Monday through Saturday. Employees B and C stated that the piece rate doesn't change based on how many hours they have worked that workweek. Workers are paid every Friday with a check signed by Karen. Employees B and C began working at the 8th Avenue location starting in around 2020. The Employees understood that Javier Sullon owned the company for at least several years during that time. When Sullon owned the company, workers were paid in cash and didn't get a overtime premium.

6.      That day, I spoke with another employee (hereinafter "Employee D"), who stated that they work for Tony Bran.  Employee D stated that they work at the 8th Avenue location as a packer, moving and packing poultry. Employee D has worked at the 8th Ave. poultry plant for over a decade and, during that time, the name of the company and the ownership has changed many times: Camacho Poultry, Sullon Poultry & Nullos Poultry (owned by Javier Sullon), and now Valtierra (owned by Karen Rios and Juan Valtierra).  Employee D identified Tony Bran as the true owner of facilities at both 8th Avenue and at Meza Poultry, and that Tony assigns people to pose as owners and gives them payroll money in cash to pay the workers. Employee D previously worked for Meza Poultry at the Proctor Ave. location in mid- to late-2022. Employee D worked there as a packer, Monday through Saturday, for approximately 10 to 12 hours per day. Employee D reported

1  that for this work, they received a flat salary of $150 per day and was not paid any

2  overtime premium for hours worked over 40 in a week. Employee D stated their

3  understanding that Tony Bran owns several properties such as restaurants, poultry

4  plants, and homes, and that many of the employees live in those properties and pay

5  Tony rent. Employee D understood that Tony beat people up if they didn't pay rent

6  and had a reputation for being a violent person.  Employee D stated her

7  understanding that Tony has the hourly employees from the 8th Ave location go to

8  the homes he owns and has them perform maintenance jobs such as painting,

9  cleaning, gardening and only pays them minimum wage without any overtime

10  premium pay.

11

12      I declare under penalty of perjury under the laws of the United States that the

13  foregoing is true and correct.

14

15      Dated:  9/29/2023

16      _____

17      WHI Gisela Chan

18

19

20

21

22

23

24

25

26

27

28