MARC A. PILOTIN
Regional Solicitor
ANDREW J. SCHULTZ
BORIS ORLOV
Counsels for Wage and Hour
ANDREW M. KATZ (CSBN 350024)
Senior Trial Attorney
NISHA PAREKH (CSBN 318393)
Trial Attorney
UNITED STATES DEPARTMENT OF LABOR
312 N. Spring Street, Suite 720
Los Angeles, CA 90012-4701
Telephone: 213-894-3950
Parekh.nisha@dol.gov
*Attorneys for Plaintiff Julie A. Su,*
*Acting United States Secretary of Labor*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE A. SU,<br>   Acting Secretary of Labor,<br>   United States Department of Labor,<br><br>                       Plaintiff,<br>   v.<br><br>THE EXCLUSIVE POULTRY, INC., *et al.* | Case No.<br><br>**DECLARATION OF WHI ISHMAEL ALVAREZ**<br><br>Date:     n/a<br>Time:    n/a<br>Judge: |

I, Ishmael Alvarez, hereby declare:

1. I am over eighteen years of age. I am employed as a Wage Hour Investigator ("WHI") by the Wage and Hour Division ("WHD") of the United States Department of Labor. I have personal knowledge of the facts set forth below and if called to testify I could and would testify to the following facts.

2. Since around November 2022, I have served as a WHI for the WHD's West Covina District Office, located at 100 Barranca St, West Covina, CA 91791. Prior to that, I served as a Wage Hour Technician since approximately 2021. For this work, I attended investigator training, trainings regarding specific statutes enforced by the WHD, including the Fair Labor Standards Act of 1938, and also trainings on how to conduct employee interviews. I have investigated or assisted with investigating hundreds of cases under the statutes that the WHD enforces, and in connection with those matters, I have interviewed hundreds of workers. I am fluent in Spanish and I have interviewed many workers in Spanish.

3. On September 28, 2023, I assisted the Wage and Hour Division in connection with its investigation of the poultry processing facility located at 15268 Proctor Ave, City of Industry, CA 91745. I interviewed several workers working on-site that day. I conducted interviews in Spanish, which was the language spoken by the employee.

4. That day, I spoke with an employee at the establishment ("WORKER 1"). Worker 1 stated that they had worked for Meza Poultry for about two-and-a-half years, deboning/cutting chicken with a sharp knife. Worker 1 reported being paid per box of chicken cut - $3.10/box – regardless of how many hours they worked per week. Worker 1 stated that they typically worked from around 5:00am or 6:00 a.m. to around 2:00pm or 3:00 p.m., Monday through Saturday. "Javier" and "Tony" told Worker 1 when to show up at work and when to leave. Worker 1 stated that Tony yells at workers if the meat is not cut properly, and that earlier this year at a group meeting, Javier told the workers that Tony changed the rate of pay. Worker 1

stated that they previously worked at 8th Ave/Proctor Ave when it was named Sullon Poultry.

5. I also spoke with another employee (hereinafter "Worker 2"). Worker 2 stated they had been working for Meza Poultry for approximately one year, as a deboner/cutter of chicken. Worker 2 also reported that they are paid $3.10 per box cut, and the rate is the same regardless of the number of hours worked. Worker 2 reported that they typically work from around 5:00 a.m. to at least 1:00pm or 2:00 p.m., Monday through Saturday. Worker 2 stated that "Javier" gives her the check and tells her how to cut the chicken properly, and that Tony supervises workers.

6. I also spoke with another employee (hereinafter "Worker 3"). Worker 3 stated they worked for Meza Poultry for about a year, deboning and cutting chicken with a sharp knife. Worker 3 reported that they are paid $3.10 per box and that this rate is the same regardless of number of hours worked that week. Javier and Tony told him how to cut the chicken properly and the work schedule. Worker 3 reported that they typically work from 5:00 a.m. to at least 1:00pm or 2:00 p.m., Monday through Saturday.

7. I also spoke with another employee (hereinafter "Worker 4"). Worker 4 stated have worked as a packer for Meza Poultry for several months; Javier and Tony interviewed Worker 4 and told Worker 4 what the rate of pay would be and how to do the job me. Worker 4 stated that they work in the facility as a packer, meaning they unloaded unprocessed chicken, moved boxes of chicken around the facility, and packaged processed chicken for distribution. Worker 4 stated that they use power-driven machinery to lift pallets of chicken and move them in and out of trucks around the facility. Worker 4 reported that they are paid $16.00 per hour, and this rate is the same regardless of the number of hours worked that week. Worker 4 reported that they typically work between 8 and 12 hours a day, for 6 days a week, Monday through Saturday.

I declare under penalty of perjury under the laws of the United States that the

1  foregoing is true and correct.

3  Dated: September 29, 2023

*Ishmael Alvarez*

5  WHI Ishmael Alvarez