MARC A. PILOTIN
Regional Solicitor
ANDREW J. SCHULTZ
BORIS ORLOV
Counsels for Wage and Hour
ANDREW M. KATZ (CSBN 350024)
Senior Trial Attorney
NISHA PAREKH (CSBN 318393)
Trial Attorney
UNITED STATES DEPARTMENT OF LABOR
312 N. Spring Street, Suite 720
Los Angeles, CA 90012-4701
Telephone:  213-894-3950
Parekh.nisha@dol.gov
*Attorneys for Plaintiff Julie A. Su,*
*Acting United States Secretary of Labor*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE A. SU,<br><br>   Acting Secretary of Labor,<br><br>   United States Department of Labor,<br><br>                     Plaintiff,<br><br>           v.<br><br>THE EXCLUSIVE POULTRY, INC., et al. | Case No. 2:23-cv-08185<br><br>**DECLARATION OF DANIEL A. PASQUIL** |

I, DANIEL A. PASQUIL, hereby declare:

1. I am the District Director for the Wage and Hour Division ("WHD") of the United States Department of Labor at its West Covina District Office, located at 100 Barranca St, Suite 850, West Covina, CA 91791. I am also over eighteen years of age.

2. The information contained in this declaration is based on my personal knowledge or information provided to me by other WHD employees in my office.

3. The WHD's West Covina District Office has been investigating the poultry processing facilities located at 218 South 8th Ave, La Puente, CA 91746 (hereinafter "8th Ave") and 15268 Proctor Ave, City of Industry, CA 91745 (hereinafter "Proctor Ave").

4. As a result of the investigation, the WHD developed evidence that overtime and child labor violations occurred at the 8th Ave and Proctor Ave locations between the workweeks beginning August 1, 2020 through September 26, 2023, rendering the poultry produced at that facility as "hot goods."

5. Accordingly, on September 28, 2023, the WHD notified individuals and entities believed to be in possession, or future possession, of these "hot" poultry goods for which the WHD has reason to believe will be transporting, offering for transportation, shipping, delivering, or selling in commerce, and requested that these persons and entities voluntarily refrain from introducing the "hot goods" into commerce.

6. Specifically, the WHD provided a written letter and WHD Fact Sheet #80: *The Prohibition against Shipment of "Hot Goods" Under the Fair Labor Standards Act* to Tony Elvis Bran and The Exclusive Poultry, Inc.; Karen Rios, Juan Valtierra and Valtierra Poultry LLC, LLC; and Francisco Javier Meza and Meza Poultry LLC.

I declare under penalty of perjury that the foregoing is true and correct.

//

Dated: 9/29/2023

_____
DANIEL A. PASQUIL