UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

Case No.   2:23-cv-08185-MCS-SK                                  Date   October 16, 2023

Title   *Julie A. Su v. The Exclusive Poultry Inc. et al*

Present: The Honorable   Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):                 Attorney(s) Present for Defendant(s):

Andrew Katz[1]                                                    Anthony K. McClaren
Boris Orlov                                                            Jacqueline Garcia, pro se
                                                                            Francisco Javier Meza, pro so

**Proceedings:  Hearing on Order to Show Cause Why a Preliminary Injunction Should Not Issue (ECF No. 13)**

The order to show cause hearing is held.  Also present is Mariana Bension-Larkin, Spanish language interpreter, as Court approved translator for Defendant Francisco Javier Meza, appearing in pro per.  For reasons stated on the record, the Court will enter the unopposed preliminary injunction.

The Court sets an evidentiary hearing on the Application for Order to Show Cause Whey Defendants Should be Held in Civil Contempt and to Amend Preliminary Injunction (ECF No. 32) for October 25, 2023, at 10:00 a.m.  Accordingly, the Court GRANTS the Application to Shorten Time for Hearing on the aforementioned application (ECF No. 33).

IT IS SO ORDERED.

---

[1] The Court DENIES as moot the Request for Leave of Andrew M. Katz to Appear on Plaintiff's Behalf (ECF No. 34)