Case 2:23-cv-08185-MCS-SK   Document 49   Filed 10/18/23   Page 1 of 3   Page ID #:1105

ORIGINAL

FILED
2023 OCT 18 PM 1: 28
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

MARC A. PILOTIN
Regional Solicitor
ANDREW J. SCHULTZ
BORIS ORLOV
Counsel for Wage and Hour
ANDREW M. KATZ (CSBN 350024)
Senior Trial Attorney
NISHA PAREKH (CSBN 318393)
Trial Attorney
UNITED STATES DEPARTMENT OF LABOR
312 N. Spring Street, Suite 720
Los Angeles, CA 90012-4701
Telephone: 213-894-3950
Parekh.nisha@dol.gov
*Attorneys for Plaintiff Julie A. Su,
Acting United States Secretary of Labor*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE A. SU, Acting Secretary of Labor, United States Department of Labor, <br><br> Plaintiff, <br><br> v. <br><br> THE EXCLUSIVE POULTRY, INC., et al., <br><br> Defendants. | Case No. 2:23-cv-08185-MCS-SKx <br><br> **PLAINTIFF'S APPLICATION FOR LEAVE TO FILE WORKER DECLARATIONS UNDER SEAL PURSUANT TO LOCAL RULE 79-5.2.2** |

Pursuant to Local Civil Rule 79-5.2.2, Plaintiff Acting Secretary of Labor, United States Department of Labor ("Acting Secretary") hereby submits this Application for Leave to File Documents under Seal, including being sealed to all Defendants in this matter. In support of this Application, the Acting Secretary submits the Declaration of Nisha Parekh ("Parekh Decl."); a proposed order; a redacted version of the two Worker Declarations sought to be sealed, and unredacted versions of the Worker Declarations proposed to be filed under seal.

The Acting Secretary seeks to seal the names and signatures of the two Worker Declarants, and personally identifying information for one of the Declarants. The Acting Secretary seeks to seal this information to protect the identities of these Workers. The Acting Secretary has already filed Redacted versions of these declarations at ECF Nos. 32-12, 32-13, to support urgent briefing the Acting Secretary wanted to bring to immediately bring to the Court's attention. *See* Parekh Decl., ¶ 5. For the Court's information and consideration, the Acting Secretary seeks to file the unredacted worker declarations under seal to permit the Court to view the declarants' names, signatures, and personally identifying information, while protecting the worker informants' identities from disclosure to Defendants and public inspection.

In this matter, good cause and compelling reasons support the Acting Secretary's Application to Seal. First, there are compelling reasons to seal the identities of the Worker Declarants. *See* Parekh Decl. ¶ 2 (citing Ninth Circuit authority, pursuant to under L.R. 79-5.2.2(a)(1), describing when documents may be filed under seal). As the workers themselves describe in detail, they have a reasonable belief that one or more of the Defendants in this matter will retaliate against them, such as by blacklisting them from work in the industry, terminating them, or reducing their pay, should Defendants discovery their identities. *See* ECF Nos. 32-12 at ¶ 9, 32-13 at ¶ 6. Sealing these Worker Declarations is therefore necessary to protect these two workers from retaliation; concerns which are

reasonable based on their allegations (*see Id.*) and the Court's prior finding that the Acting Secretary had presented sufficient evidence that Defendants retaliated against employees and are likely to continue to retaliate against employees. *See* TRO, ECF No. 13; PI, ECF No. 39.

Second, the Worker Declarants are considered the Acting Secretary's Confidential Informants and are protected under the Government Informer's Privilege. *See* Parekh Declaration ¶ 3-4, Parekh Exhibits A, B (citing to applicable law, as required under L.R. 79-5.2.2(a)(1) and attaching exhibits to district court orders sealing worker declarations based on the Government Informer's Privilege).

Accordingly, the Acting Secretary requests that the Court approve the Application to Seal, and allow the names, signatures, and personally identifying information of the two Worker Declarants to be sealed.

October 17, 2023

Respectfully submitted,

SEEMA NANDA
Solicitor of Labor

MARC A. PILOTIN
Regional Solicitor

BORIS ORLOV
ANDREW J. SCHULTZ
Counsels for Wage and Hour

ANDREW M. KATZ
Senior Trial Attorney

 */s/ Nisha Parekh*

NISHA PAREKH
Trial Attorney