1
2
3
4
5                                                              **JS-6**
6
7
8           IN THE UNITED STATES DISTRICT COURT
9
10        FOR THE CENTRAL DISTRICT OF CALIFORNIA
11
12                                    Case No. 2:23-cv-08185-MCS-SK
13   JULIE A. SU,
     Acting Secretary of Labor, United States    **CONSENT JUDGMENT AS TO**
14   Department of Labor                          **DEFENDANTS MEZA**
                                                  **POULTRY LLC, VALTIERRA**
15                                                **POULTRY LLC, NOLLUS'S**
                                                  **POULTRY LLC, SULLON**
16                      Plaintiff,                **POULTRY INC., FRANCISCO**
           v.                                     **JAVIER MEZA, JACQUELINE**
17                                                **GARCIA, KAREN RIOS, JUAN**
     THE EXCLUSIVE POULTRY, INC.,                 **VALTIERRA, AND JAVIER**
18   et al.,                                      **SULLON ONLY (ECF No. 79)**
19                                                Hon. Mark C. Scarsi
20                      Defendants.
21
22
23
24        Plaintiff Julie A. Su, Acting Secretary of Labor, United States Department of
25   Labor, and Defendants MEZA POULTRY, LLC; VALTIERRA POULTRY LLC;
26   NOLLUS'S POULTRY LLC; SULLON POULTRY INC.; FRANCISCO JAVIER
27   MEZA; JACQUELINE GARCIA; KAREN RIOS; JUAN VALTIERRA; and
28   JAVIER SULLON ("Defendants") (collectively the "Parties") have agreed to

resolve the matters in controversy in this civil action and agree to the entry of this Consent Judgment and Injunction ("Consent Judgment") as provided below.

## STATEMENTS BY AND AGREEMENTS BETWEEN THE PARTIES

A.    On September 29, 2023, the Acting Secretary filed her Complaint in the above-captioned proceeding, naming Defendants and alleging violations of Sections 3(m), 6, 7, 11(a), 11(c), 12, and 15(a)(1)-(5) of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 203(m), 206, 207, 211(a), 211(c), 212, 215(a)(1)-(5). Defendants have not filed an Answer to the Complaint.

B.    The Acting Secretary has advised Defendants to seek counsel in connection with this litigation, including to obtain independent review of and advice on this Consent Judgment, and they expressly decline to do so.

C.    Defendants admit that the Court has jurisdiction over the Parties and the subject matter of this civil action and that venue lies in the Central District of California.

D.    The Parties agree to waive findings of fact and conclusions of law and agree to the entry of this Consent Judgment without further contest.

E.    Defendants agree herein to resolve all allegations of the Acting Secretary's Complaint.

F.    Defendants admit that they have violated Sections 3(m) and 6 of the FLSA, 29 U.S.C. §§ 203(m) and 206, by failing to pay minimum wage to employees identified on Exhibit 1 for all work weeks.

G.    Defendants admit that they have violated Section 7 of the FLSA, 29 U.S.C. § 207, by failing to pay overtime to employees identified on Exhibit 1 who worked more than 40 hours in a work week.

H.    Defendants admit that they violated Section 11(a) of the FLSA, 29 U.S.C. § 211(a), by obstructing the Acting Secretary's investigation of Defendants' compliance of the FLSA.

I.    Defendants admit that they violated Sections 11(c) and 15(a)(5) of the

FLSA, 29 U.S.C. § 211(c) and 215(a)(5), by failing to keep accurate records of hours worked by employees identified on Exhibit 1.

J.     Defendants admit that they have violated Section 15(a)(3) of the FLSA, 29 U.S.C. § 215(a)(3), by retaliating against employees and otherwise interfering with employees' ability to exercise their rights under the FLSA.

K.     Defendants admit that they violated Sections 12(c) and 15(a)(4) of the FLSA, 29 U.S.C. §§ 212(c) and 215(a)(4), by employing minor children in occupations for periods and under conditions which constitute oppressive child labor in an enterprise engaged in commerce or in the production of goods for commerce.

L.     Defendants Javier Meza, Juan Valtierra, and Javier Sullon represent that this Consent Judgment has been verbally interpreted for them in Spanish.

M.     Defendants represent that they have notice of, and understand, the provisions of this Consent Judgment.

## PERMANENT INJUNCTION

Pursuant to the statements and agreements above, upon joint motion of the attorneys for the Parties, and for cause shown,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that, pursuant to Section 17 of the FLSA, 29 U.S.C. § 217, Defendants, their agents, servants, employees, companies, and all persons and entities acting at their direction or in concert or participation with their direction, are permanently enjoined and restrained from violating the FLSA, including through any of the following manners:

1.     Contrary to Sections 6 and 15(a)(2) of the FLSA, paying any of their employees who in any workweek are engaged in commerce or in the production of goods for commerce or who are employed in an enterprise engaged in commerce within the meaning of the FLSA, wages at a rate less than the operative minimum wage, which cannot be less than $7.25 per hour (or at a rate less than such other

applicable minimum rate as may hereafter be established by amendment to the FLSA).

2.      Contrary to Sections 7 and 15(a)(2) of the FLSA, paying any of their employees who in any workweek are engaged in commerce or in the production of goods for commerce or who are employed in an enterprise engaged in commerce within the meaning of the FLSA, less than one and half times the particular employee's regular hourly rate for hours in excess of 40 hours in a workweek.

3.      Contrary to Sections 11(c) and 15(a)(5) of the FLSA, failing to make, keep, and preserve records of their employees and of the wages, hours and other conditions and practices of employment maintained by them, as prescribed by the regulations issued, and from time to time amended, pursuant to Section 11(c) of the FLSA and found in 29 C.F.R. Part 516, including for each employee, the hours worked each day and each workweek, the employee's regular hourly rate of pay, total daily or weekly straight time earnings, overtime rate of pay, total premium pay for overtime hours and identification of each deduction made from the employee's earnings along with a description of the basis/reason and method of calculation of the deduction.

4.      Contrary to Section 15(a)(3) of the FLSA, engaging in any retaliatory action, such as discharging or in any other manner discriminating against any employee because such employee has filed any complaint or instituted or caused to be instituted any proceeding under the FLSA, has testified or is about to testify in any such proceeding, or has otherwise exercised their rights under the FLSA by, among other things, testifying or otherwise reporting information to the Acting Secretary, or questioning whether the employer is paying the employee in compliance with prevailing law. Prohibited discriminatory and retaliatory actions include telling employees that communication with the Acting Secretary will result in immigration, legal, criminal or other action against them and/or otherwise deterring employees from cooperating with or speaking to the Acting Secretary's

representatives through threats, bribes or intimidation. Other prohibited discriminatory and retaliatory acts include but are not necessarily limited to: termination; discharge; layoffs; threats of termination, discharge or lay off; reverifying the employment eligibility of an employee Defendants unlawfully terminated; reduction to employees' work schedules or wages; intimidation; failure to hire; and providing negative references.

5.      Contrary to Sections 12(c) and 15(a)(4) of the FLSA, 29 U.S.C. §§ 212(c) and 215(a)(4), employing minor children in occupations for periods and under conditions which constitute oppressive child labor in an enterprise engaged in commerce or in the production of goods for commerce, including

a.      suffering or permitting to work any person under the age of 16 years in violation of 29 C.F.R. § 570.35, including by requiring such persons to work more than 40 hours in any 1 week when school is not in session; work more than 18 hours in any 1 week when school is in session; work more than 8 hours in any 1 day when school is not in session; work more than 4 hours in any 1 day when school is in session, including Fridays; and work between 7:00 a.m. and 7:00 p.m. in any 1 day, except during the summer (June 1 through Labor Day) when the evening hour will be 9:00 p.m.;

b.      suffering or permitting to work any person under the age of 16 years in an occupation prohibited by 29 C.F.R. § 570.33, including but not limited to: work in freezers and meat coolers and all work in the preparation of meat for sale except as permitted by 29 C.F.R. § 570.34(j) and occupations that the Secretary of Labor, may, pursuant to section 3(l) of the FLSA, find and declare to be hazardous for the employment of minors between 16 and 18 years of age or detrimental to their health or well-being such as occupations in or about slaughtering and meat packing establishments; and

c.      suffering or permitting to work any person under the age of 18 years in any hazardous occupation prohibited by 29 C.F.R. § 570.61 and 29 C.F.R.

§ 570.58, including but not limited to all deboning occupations and all occupations involved in the operation of power-driven hoisting apparatus such as forklifts or other high-lifts.

6.     Requesting, soliciting, suggesting, or coercing, directly, or indirectly, any employee to return or to offer to return to Defendants or to someone else for Defendants, any money in the form of cash, check, or any other form, for wages previously due or to become due in the future, or other forms of monetary damages or relief, to said employee under the provisions of this Consent Judgment, or the FLSA; or accepting or receiving from any employee, either directly or indirectly, any money in the form of cash, check, or any other form, for wages or monetary damages heretofore or hereafter paid to the employee under the provisions of this Consent Judgment or the FLSA.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that, pursuant to Section 17 of the FLSA, 29 U.S.C. § 217, Defendants, their agents, servants, employees, companies, and all persons and entities acting at their direction or in concert or participation with their direction, shall take the following affirmative actions:

7.     Within 14 days after resuming or beginning poultry processing operations, Defendants shall provide FLSA training to all managers and supervisors working at its poultry processing facilities addressing, at a minimum, the FLSA provisions governing minimum wage, overtime, recordkeeping, child labor, anti-retaliation, and interference. Defendants shall pay an independent third-party contractor, who is not involved in this litigation and is approved by a representative of the Acting Secretary, to conduct this training. A contractor will not be considered independent if it is related to Defendants on the date of this Consent Judgment or represents Defendants involved in this action in any dealings with other parties or the Department of Labor. The training shall be for one session of not less than one hour with an opportunity for questions and answers. Any

contractor must make reasonable efforts to communicate with Defendants' employees in languages with which the employees are comfortable, or if the situation requires, the contractor will hire an interpreter as dictated by a particular employee's circumstances. Defendants shall provide the Acting Secretary seven days' notice in advance of the training and permit the Acting Secretary's representative to attend the training. Defendants shall provide proof that this training has occurred within seven (7) days of completing this required training. Defendants shall provide the FLSA training required under this Paragraph on an annual basis for a period of at least four (4) years.

8.    Within 14 days after resuming or commencing operations, Defendants shall send a package consisting of a copy of the Notice of Rights attached hereto as Exhibit 2, followed in sequence by a copy of this Consent Judgment, to all current employees, and in a language that they understand, and post this Consent Judgment and Notice of Rights in such languages in a location or locations visible to all employees, including the entrance to the workplace, any break areas, and in the primary workroom.  Within three (3) days of posting the package in the worksite, Defendants shall send photographs to a Wage and Hour representative demonstrating that this provision has been adhered to.

9.    For a period of four (4) years from the date of entry of this Consent Judgment, Defendants shall allow the Acting Secretary, its representatives, or agents to enter any location where Defendants are processing, producing, shipping, or delivering for shipment any poultry to provide a one-hour FLSA Notice of Rights training to all nonmanagerial employees of Defendants and/or to freely speak to employees about Defendants' compliance with this Consent Judgment and the FLSA. Defendants will tell employees that they can stop working during this training and Defendants will compensate employees for their time attending this training. The Acting Secretary or her representatives shall be authorized to enter these locations four-times per year to provide the training and speak with employees

and shall be permitted to return as necessary to train any employees who may have been absent

10.     Upon resuming or commencing Defendants' poultry processing operations, or to the extent that Defendants' poultry processing operations have already reopened, Defendants shall:

a.     Compensate all employees for all hours worked, including but not limited to time they spend waiting to be paid, waiting to count the number of boxes they have cut at the end of the day, waiting for poultry product to arrive, donning and doffing clothing or equipment mandatory to perform their job, and performing work that benefits Defendants in any manner.

b.     Pay wages at rates no less than employees' rate(s) of pay on or before August 30, 2023, at least until April 25, 2024.  Defendants may only change the wage rates following April 25, 2024 for a legitimate, non-pretextual business reason, which they must be prepared to provide the Acting Secretary, should she request this information in the future.

c.     With respect to any employees who were working at the poultry processing facilities owned, operated or controlled by Defendants and who were laid off, fired, or terminated on or after September 28, 2023, Defendants shall give a hiring preference to these employees to the extent there are positions available at any entity that produces poultry that Defendants sell. A "hiring preference" means that any available openings will be offered to these employees first before the positions are filled by other employees. In providing an offer, Defendants shall keep the offer open for at least seven (7) calendar days. Within ten (10) days of the entry of this Consent Judgment, and on a monthly basis thereafter for one year, Defendants shall provide a report to the Acting Secretary detailing (1) the offers of employment they have made to these employees under this Consent Judgment and the First Amended Stipulated Preliminary Injunction, including such employees' names and contact information; and (2) employees' acceptances or rejections of

such offers.

        d.    Defendants shall require either a certificate of age pursuant to 29 C.F.R. 570 Subpart B or documentary evidence of age that meets the requirements of 29 C.F.R. § 570.7, for any employee if there is any reason to believe that the employee's age may be below the applicable minimum age for the occupation in which the employee is to be employed. Such certificate or documentary evidence of age should always be obtained where the employee claims to be only 1 or 2 years above the applicable minimum age for the occupation in which the employee is to be employed. A certificate or documentary evidence of age shall also be obtained for every employee claiming to be older than 2 years above the applicable minimum age if the employee's physical appearance indicates that this may not be true.

        11.    Defendants, their agents, servants, and employees, and any person in active concert or participation with them, shall not in any way directly or indirectly, demand, require or accept any of the back wages or liquidated damages from the individuals listed on the operative Exhibit 1. Defendants shall not threaten or imply that adverse action will be taken against any employee because of their receipt of funds to be paid under this Judgment. Violation of this Paragraph may subject Defendants to equitable and legal damages, including punitive damages and civil contempt.

        12.    Defendants, their agents, servants, and employees, and any person in active concert or participation with them, shall not in any way retaliate or take any adverse employment action, or threaten or imply that adverse action will be taken against any employee who exercises or asserts their rights under the FLSA or provides information to any public agency investigating compliance with the FLSA. Violation of this paragraph may subject Defendants to equitable and legal damages, including punitive damages and civil contempt.

        13.    Defendants are permanently enjoined from communicating, directly or

indirectly, in any manner to any third party, such as other owners of poultry processing companies, regarding whether any employee may have or may be perceived to have engaged in protected activity under the FLSA, including but not limited to any connection any employee may have with a Department of Labor, and are specifically enjoined from taking any other action to restrict or blacklist such employee from seeking or obtaining any other work.

14.     Defendants shall comply with the FLSA and maintain payroll practices at any business they own, operate, or control, currently and in the future, as follows:

        a.     Defendants shall accurately record the information required by 29 C.F.R. § 516.2 in the payroll records, including, for each employee (1) all hours worked by each workday and workweek, including all pre- and post-shift work such as maintaining clothing, tools, and supplies, and donning and doffing; (2) the rate(s) of pay for each of the hours worked during a workweek; (3) the number of pieces completed by each workday and workweek, if employee is paid per piece; (4) the total weekly straight-time earnings due for the hours worked during the workweek; (5) the total premium pay for overtime hours; and (6) the dollar value of all equipment, tools, clothing, and supplies paid for and used in or specifically required for the employee's work.

        b.     Defendants shall record all wages paid to employees, regardless of the manner of payment, on payroll records.

        c.     Within 14 days after resuming or commencing operations, Defendants shall inform all supervisors and managers of requirements of this Consent Judgment and shall provide a copy of this Consent Judgment (excluding Exhibits 1 and 2) to all supervisors and managers.

        d.     Defendants shall not alter or manipulate time or payroll records to reduce the number of hours actually worked by an employee, and Defendants shall not encourage workers to under-report their hours worked.

e.      Defendants shall not direct supervisors, employees, or payroll preparers to falsify time or payroll records in any manner including reducing the number of hours worked by employees, and Defendants shall direct supervisors and payroll providers to encourage workers to report all hours worked.

15.     If Defendants choose to calculate pay through any type of individual production-based system, such as a piece rate system, Defendants shall provide the following written notice to piece rate employees upon hire and shall place the notice prominently around the workplace.  The notice shall be translated into Spanish and any other language necessary for employees to be able to read the notice, and it shall read as follows:

> *Employees who are paid on a piece rate still get overtime payments. You are entitled to advance notice of any piece rate payment, including exactly how the piece rate is calculated. You are entitled to advance notice if your employer makes any change to the piece rate payment. You are entitled to an individual piece rate and cannot be required to accept a group piece rate. Your regular piece rate payment does NOT include overtime, but it does include straight time pay for all hours worked. If you work more than 40 hours in a work week, your employer must pay you a premium for overtime, above and beyond your piece rate. For example, if you worked 50 hours in a workweek and earned $1,000 from your piece rate work, your employer must pay you $100 in overtime. This amount is calculated by taking your $1,000 pay and dividing it by the 50 hours you worked to get $20 per hour. $20 per hour is your regular rate. The overtime premium means you must get paid 1.5 times of your regular rate. For the extra 10 hours you worked that week, you should have gotten paid $20 x 1.5 = $30 per hour. Since your employer paid you $20/hour, your employer owes you $10 overtime premium for the 10 hours you worked past 40 hours, meaning your employer owes*

*you 10 x $10 or $100. Your employer must give you a pay stub that shows your weekly earnings, how those earnings were calculated, and shows all deductions. Your employer must pay you for any time that you spend putting on or removing tools and clothes you are required to wear for work, such as knives to cut chicken or gloves, robes, and hairnets for your safety and food hygiene. Lastly, your employer must pay you for certain "wait time," such as time spent waiting for poultry to arrive, time spent waiting to count to count the number of boxes of poultry that are cut, and time spent waiting to be paid.*

16.     Defendants have an ongoing duty to provide an earnings statement to each of their employees, and ensure that any employee employed to assist in the processing of poultry, such as deboners, packers, cleaners, or others, each time they are paid, beginning with the first paycheck issued following entry of this Consent Judgment, with the following information: (1) gross wages paid to the employee each workweek; (2) total hours worked each workweek; (3) a list of itemized deductions from employees' pay; (4) net wages earned; (5) the inclusive start and end dates of the pay period; (6) the employee's name and employee identification number; (7) the applicable hourly rates (including straight time and overtime rates) and corresponding number of hours worked at each hourly rate, or, as applicable, the applicable piece rates (including the precise formula used to calculate the piece rate and overtime rates) and corresponding number of pieces worked at each piece rate; (8) total straight-time wages paid; and (9) total overtime wages paid. Defendants shall produce these earnings statements to the Acting Secretary upon request and no later than three (3) days after such request is made.

## JUDGMENT

17.     **FURTHER, JUDGMENT IS HEREBY ENTERED,** pursuant to Section 16(c) and (e) of the FLSA, in favor of the Acting Secretary as a judgment owed to the United States of America as follows:

    a.    against Defendants Meza Poultry LLC, Javier Meza, and Jacqueline Garcia in the total amount of $693,414.48.  This total amount comprises $346,707.24 in unpaid overtime owed by Defendants and, pursuant to authority expressly provided in Section 16 of the FLSA, 29 U.S.C. § 216, an additional equal amount as liquidated damages.

    b.    against Defendants Valtierra Poultry LLC, Karen Rios, and Juan Valtierra in the total amount of $807,421.50.  This total amount comprises $403,710.75 in unpaid overtime owed by Defendants and, pursuant to authority expressly provided in Section 16 of the FLSA, 29 U.S.C. § 216, an additional equal amount as liquidated damages.

    c.    against Defendants Nollus's Poultry LLC, Sullon Poultry Inc., and Javier Sullon in the total amount of $ 1,697,445.88.  This total amount comprises $848,722.94 in unpaid overtime owed by Defendants and, pursuant to authority expressly provided in Section 16 of the FLSA, 29 U.S.C. § 216, an additional equal amount as liquidated damages.

    18.    Back wages have been calculated in the amount of $100,614.15 owed to employees for retaliatory conduct occurring between August 31, 2023, and October 6, 2023, pursuant to the parties First Stipulated Amended Preliminary Injunction (Dkt. 65).  These back wages for retaliatory conduct are attributable to Defendants Meza Poultry LLC, Javier Meza, and Jacqueline Garcia in the amount of $47,724.19 and to Defendants Valtierra Poultry LLC, Karen Rios, and Juan Valtierra in the amount of $52,889.96.

    19.    Civil money penalties have been assessed and finally determined pursuant to 29 U.S.C. § 216(e) in the amount of $121,104.00 for Defendants' illegal employment of minors and $80,000 for Defendants' minimum wage and overtime violations for Defendant's FLSA willful violations for the time periods stated in the supplemental Exhibit 1.

    20.    Punitive damages in the amount of $300,000 have been assessed to

compensate minors subjected to child labor violations and faced unlawful retaliation.

21.     Defendants Tony Elvis Bran and The Exclusive Poultry, Inc. agreed to a consent judgment (ECF 77) pursuant to which they will pay a total of $3,800,000 plus interest to satisfy this Judgment against Defendants Meza Poultry, LLC; Valtierra Poultry LLC; Nollus's Poultry LLC; Sullon Poultry Inc.; Francisco Javier Meza; Jacqueline Garcia; Juan Valtierra; Karen Rios; and Javier Sullon.

**FURTHER, IT IS HEREBY ORDERED THAT**

22.     The filing, pursuit, and/or resolution of this proceeding with the entry of this Judgment shall not act as or be asserted as a bar to any action or claim under FLSA § 16(b), 29 U.S.C. § 216(b), as to any employee not named on the attached Exhibit 1, nor as to any employee named on the attached Exhibit 1 for any period not specified therein, nor as to any employer other than Defendant.

23.     Each Party shall bear its own fees and other expenses incurred by such Party in connection with any stage of this proceeding, including but not limited to attorneys' fees, which may be available under the Equal Access to Justice Act, as amended.

24.     The failure by any Defendant to execute this Consent Judgment shall not affect or otherwise nullify the validity of the Consent Judgment as to the remaining Defendant signatories.

///

25.     The Court shall retain jurisdiction of this action for purposes of enforcing compliance with the terms of this Consent Judgment.


IT IS SO ORDERED.



Dated: December 4, 2023

*Mark C. Scarsi*

_____

Mark C. Scarsi

United States District Judge

# EXHIBIT 1

| First Name | Last Name | Week Started | Week Ended |
|---|---|---|---|
| Abel | Coy | 1/23/2022 | 10/8/2023 |
| Adamaris | Rios | 4/10/2022 | 7/23/2023 |
| Adan Adolfo | Paau Pop | 2/27/2022 | 2/27/2022 |
| Adolfo | Castro | 11/20/2022 | 11/27/2022 |
| Agustin | Ignacio | 8/9/2020 | 8/28/2022 |
| Agusto | Tec | 12/18/2022 | 10/8/2023 |
| Alba Delia | Sanchez Barrios | 1/16/2022 | 4/23/2023 |
| Alberto | Perez | 3/20/2022 | 10/1/2023 |
| Alberto Isaias | Reynoso Larios | 2/27/2022 | 8/28/2022 |
| Alejandra | Reyes | 3/19/2023 | 10/8/2023 |
| Alejandro | Argeta | 11/20/2022 | 11/27/2022 |
| Alejandro | Martines | 9/24/2023 | 10/1/2023 |
| Alexander | Larios | 12/11/2022 | 7/9/2023 |
| Alexander | Macario | 1/8/2023 | 6/4/2023 |
| Alexander | Xol | 10/23/2022 | 10/8/2023 |
| Alfonso | Garcia | 9/4/2022 | 11/27/2022 |
| Alfredo | Iquila | 10/29/2022 | 11/27/2022 |
| Alfredo | Isig | 11/20/2022 | 12/4/2022 |
| Ali | Merino | 12/24/2022 | 8/13/2023 |
| Alma | Chavez | 8/9/2020 | 9/23/2023 |
| Alvarado | Cruz | 8/6/2023 | 8/6/2023 |
| Alvaro | Choc | 12/11/2022 | 4/9/2023 |
| Alvaro | Ical | 8/9/2020 | 10/8/2023 |
| Alvaro | Mucul | 2/19/2023 | 2/19/2023 |
| Alvaro Reginaldo | Cuz Pop | 1/15/2023 | 10/8/2023 |
| Alvaro Rene | Choc Mucu | 2/26/2023 | 10/8/2023 |
| Andrea | Valtierra | 1/2/2022 | 10/8/2023 |
| Andres | Coy | 2/19/2023 | 10/8/2023 |
| Andres | Salanic | 12/24/2022 | 1/1/2023 |
| Angel | Cac | 11/6/2022 | 11/6/2022 |

| | | | |
|---|---|---|---|
| 1 | Angel | Gonzales | 3/27/2022 | 10/30/2022 |
| 2 | Angel | Ical | 11/13/2022 | 10/8/2023 |
| 3 | Angel | Ixim | 7/3/2022 | 10/8/2023 |
| 4 | Angelica | Cucul | 5/1/2022 | 10/16/2022 |
| 5 | Angelica | Lopez | 3/12/2023 | 3/12/2023 |
| 6 | Angie | Garcia | 2/13/2022 | 2/13/2022 |
| 7 | Antemante | Cruz | 3/19/2023 | 10/8/2023 |
| 8 | Antonio | Caal-Xol | 1/21/2023 | 3/25/2023 |
| 9 | Antonio | Miranda | 5/21/2023 | 6/11/2023 |
| 10 | Antonio | Raya | 5/14/2023 | 5/14/2023 |
| 11 | Antonio | Torres | 11/6/2022 | 11/6/2022 |
| 12 | Araceli | Castaneda | 8/9/2020 | 10/8/2023 |
| 13 | Armando | Alvarado | 8/9/2020 | 4/16/2023 |
| 14 | Armando | Perebal | 9/11/2022 | 3/26/2023 |
| 15 | Arnoldo | Caal | 11/27/2022 | 4/16/2023 |
| 16 | Arnoldo | Tol | 8/9/2020 | 10/8/2023 |
| 17 | Arturo | Flores | 8/9/2020 | 8/28/2022 |
| 18 | Arturo | Monroy | 9/25/2022 | 9/17/2023 |
| 19 | Arturo | Unknown | 1/16/2022 | 3/6/2022 |
| 20 | Arturo | Venegas Tovar | 8/9/2020 | 10/8/2023 |
| 21 | Asevedo | Ernesto | 8/27/2023 | 9/3/2023 |
| 22 | Assaria | Hernandez | 1/22/2022 | 9/30/2022 |
| 23 | Audelina | Asig | 1/15/2023 | 5/21/2023 |
| 24 | Axel | Caal | 9/18/2022 | 8/27/2023 |
| 25 | Axel | Coy | 9/25/2022 | 10/2/2022 |
| 26 | Axel | Ical | 8/6/2023 | 9/10/2023 |
| 27 | Bartolo | Palomares | 9/11/2022 | 10/8/2023 |
| 28 | Beni | Monroy | 1/9/2022 | 7/17/2022 |
| | Bernardo | No Last Name | 4/10/2022 | 4/10/2022 |
| | Bernardo | Perez | 10/30/2022 | 11/20/2022 |
| | Blanca | Lemus | 9/24/2023 | 10/8/2023 |
| | Brandon | Reynoso | 12/4/2022 | 10/8/2023 |
| | Brian | Cordova | 1/15/2023 | 1/15/2023 |
| | Brigida A. | Sales | 1/23/2022 | 1/22/2023 |
| | Carla | Espinoza | 5/14/2023 | 5/14/2023 |

| | | | | |
|---|---|---|---|---|
| 1 | Carlos | Camey | 10/16/2022 | 10/1/2023 |
| 2 | Carlos | Cuc | 2/20/2022 | 6/5/2022 |
| 3 | Carlos | Medina Edmundo | 6/17/2023 | 10/8/2023 |
| 4 | Carlos | Guegue Choc | 3/12/2023 | 3/12/2023 |
| 5 | Carlos | Huehue | 4/16/2023 | 10/8/2023 |
| 6 | Carlos | Medina | 12/10/2022 | 12/17/2022 |
| 7 | Carlos | Unknown | 9/10/2023 | 9/10/2023 |
| 8 | Carlos | Octaviano | 10/2/2022 | 6/4/2023 |
| 9 | Carlos | Pop | 8/20/2023 | 8/20/2023 |
| 10 | Carlos | Rolando Xol Tiul | 10/30/2022 | 10/8/2023 |
| 11 | Carlos | Xol | 3/6/2022 | 10/1/2023 |
| 12 | Carlos Guegue | Choc | 12/24/2022 | 12/24/2022 |
| 13 | Carmen | Caal | 5/22/2022 | 6/19/2022 |
| 14 | Celmira | Obanda | 3/5/2022 | 3/12/2022 |
| 15 | Celmirai | Unknown | 2/13/2022 | 2/13/2022 |
| 16 | Cesar | Coy | 3/20/2022 | 6/12/2022 |
| 17 | Cesar | Meza | 7/3/2022 | 7/31/2022 |
| 18 | Cesar | Salas | 9/25/2022 | 10/8/2023 |
| 19 | Cesar Eduardo | Coc Cuc | 4/17/2022 | 10/2/2022 |
| 20 | Cesar Josue | Pap Chub | 5/28/2023 | 9/17/2023 |
| 21 | Chendo | Caal | 2/12/2023 | 2/12/2023 |
| 22 | Chiapas | Unknown | 2/13/2022 | 7/24/2022 |
| 23 | Claudia | Elias | 1/15/2023 | 10/8/2023 |
| 24 | Cristian | Manuel | 12/4/2022 | 12/18/2022 |
| 25 | Cristina | Garcia | 5/14/2023 | 5/14/2023 |
| 26 | Cristina | Tec | 2/27/2022 | 6/5/2022 |
| 27 | Cristobal | Caal | 1/31/2021 | 10/8/2023 |
| 28 | Cristobal | Mejia | 9/25/2022 | 2/26/2023 |
| | Cristobal | Rangeal Mejia Portillo | 3/6/2022 | 8/28/2022 |
| | Dalila Selena | Romero Maroquin | 12/11/2022 | 5/21/2023 |
| | Daniel | Cuc Caal | 7/23/2023 | 10/8/2023 |
| | Daniel | Garcia | 4/23/2023 | 4/23/2023 |
| | Dany Geobany | Larios Reynoso | 10/3/2021 | 9/17/2023 |
| | Dario | Tol | 1/2/2022 | 10/8/2023 |
| | David | Lopez | 5/7/2023 | 10/8/2023 |

| | | | |
|---|---|---|---|
| David | Rios | 1/22/2023 | 1/22/2023 |
| David Hector | Venegas Vasquez | 1/16/2022 | 10/8/2023 |
| Dennis | Chop | 2/26/2023 | 6/4/2023 |
| Dionicio Wilfredo | Raxxol | 6/4/2023 | 10/8/2023 |
| Dona | Chuy | 3/13/2022 | 3/12/2023 |
| Dulce | Juarez | 1/22/2023 | 10/8/2023 |
| Eamnuel | Unknown | 1/23/2022 | 1/23/2022 |
| Edgar | Cuz | 12/11/2022 | 10/8/2023 |
| Edgar | Putal | 10/16/2022 | 1/1/2023 |
| Edi | Dias | 10/8/2023 | 10/8/2023 |
| Edin | Cac | 5/29/2022 | 3/26/2023 |
| Edin | Diaz | 5/22/2022 | 10/1/2023 |
| Eduardo | Ayon | 7/3/2022 | 7/17/2022 |
| Eduardo | Caal | 3/20/2022 | 9/4/2022 |
| Eduardo | Cuc | 6/19/2022 | 9/24/2023 |
| Eduardo | Gordo | 1/9/2022 | 11/27/2022 |
| Eduardo | Santilan | 2/12/2023 | 2/12/2023 |
| Edwin | Chan | 9/25/2022 | 10/8/2023 |
| Edwin | Reynoso | 8/9/2020 | 10/8/2023 |
| Edwin Adonay | Mejia Portillo | 9/11/2022 | 2/5/2023 |
| Edy | Ordonez | 4/9/2022 | 4/16/2022 |
| Elias | Rax | 2/12/2023 | 3/12/2023 |
| Eliseo | Caal | 3/27/2022 | 3/26/2023 |
| Elizeo | Vargas | 3/26/2023 | 10/1/2023 |
| Elza | Perez | 7/10/2022 | 10/8/2023 |
| Emanuel | Unknown | 1/16/2022 | 2/27/2022 |
| Emanuel | Parra Avila | 8/29/2021 | 10/8/2023 |
| Emili | Caal | 3/27/2022 | 3/27/2022 |
| Emilio | Cortez | 8/21/2022 | 8/28/2022 |
| Emilio | Pap | 11/13/2022 | 10/8/2023 |
| Enrique David | Vazquez | 2/20/2022 | 1/8/2023 |
| Ernesto | Orday | 9/10/2023 | 9/10/2023 |
| Ernesto | Ordaz | 8/9/2020 | 10/8/2023 |
| Ervin | Ical | 2/26/2023 | 10/8/2023 |
| Eva | Lopez | 7/3/2022 | 7/17/2022 |

| | | | |
|---|---|---|---|
| Fabian | Choc | 9/25/2022 | 10/8/2023 |
| Fernando | Torrez | 2/27/2022 | 2/27/2022 |
| Fernando | Venegas | 9/10/2023 | 9/10/2023 |
| Francisco | Ajcal | 4/22/2023 | 10/8/2023 |
| Francisco | Chan | 9/25/2022 | 10/8/2023 |
| Francisco | Coy | 8/20/2023 | 10/8/2023 |
| Franklin | Ramirez | 9/10/2022 | 2/26/2023 |
| Fredi | Ical | 1/8/2023 | 10/8/2023 |
| Fredi | Xi | 11/13/2022 | 11/13/2022 |
| Gaudencio | Tec | 3/6/2022 | 10/8/2023 |
| Gerardo | Tun | 4/16/2023 | 9/10/2023 |
| Gerardo | Venegas Tovar | 8/9/2020 | 10/8/2023 |
| German | Ical | 1/22/2023 | 10/8/2023 |
| German Eduardo | Quexica | 8/9/2020 | 8/28/2022 |
| Gerson | Ical | 2/5/2022 | 10/8/2023 |
| Gerson | Reynoso | 12/4/2022 | 12/4/2022 |
| Glenda | Ruiz | 4/30/2022 | 11/12/2022 |
| Hector | Ich | 8/29/2021 | 10/8/2023 |
| Hector | Tec | 3/6/2022 | 3/6/2022 |
| Hector | Tinoco | 1/9/2022 | 10/30/2022 |
| Hilda | Unknown | 4/16/2023 | 4/16/2023 |
| Hugo | Alfredo | 12/4/2022 | 1/22/2023 |
| Hugo | Santana | 1/23/2022 | 11/13/2022 |
| Hugo Alfredo | Iquila | 8/29/2021 | 8/28/2022 |
| Ibrahan | Domingo | 4/30/2023 | 4/30/2023 |
| Iris | Ical | 4/23/2023 | 4/30/2023 |
| Isaac | Perez | 9/25/2022 | 10/8/2023 |
| Jaime | Chocoj | 9/24/2023 | 10/8/2023 |
| Javier | Caal | 7/9/2023 | 7/9/2023 |
| Javier | Coy | 9/3/2023 | 9/24/2023 |
| Javier | Rax Xol | 9/25/2022 | 10/1/2023 |
| Jefferson | Menjivar Samayoa | 5/22/2022 | 4/2/2023 |
| Jeiver | Coy | 1/23/2022 | 10/8/2023 |
| Jennifer Estaphanie | Lopez | 8/13/2023 | 8/13/2023 |

| | | | |
|---|---|---|---|
| Jerman | Ical | 7/30/2023 | 9/3/2023 |
| Jerson | Ical | 3/12/2022 | 11/26/2022 |
| Jerson | Reynosa | 8/29/2021 | 8/28/2022 |
| Jesus | Venegas Tovar | 1/23/2022 | 11/20/2022 |
| Jocelyn | Maribel Itorioga Venga | 1/9/2022 | 1/16/2022 |
| Joel | Caal | 3/27/2022 | 8/21/2022 |
| Johana | Mendez | 2/20/2022 | 10/8/2023 |
| Jorge | Meza | 7/3/2022 | 7/17/2022 |
| Jorge | Sosa | 1/15/2023 | 1/15/2023 |
| Jorge | Valtierra | 8/9/2020 | 3/26/2023 |
| Jose | Argueta | 2/13/2022 | 4/17/2022 |
| Jose | Carino | 12/10/2022 | 12/24/2022 |
| Jose | Garcia | 1/16/2022 | 10/8/2023 |
| Jose | Islas Pom | 3/12/2023 | 10/8/2023 |
| Jose Antonio | Gudino Romero | 8/9/2020 | 8/28/2022 |
| Josefina | C | 1/21/2023 | 3/11/2023 |
| Josue | Xol Cuc | 12/11/2022 | 10/8/2023 |
| Juan | Coc | 1/8/2023 | 7/23/2023 |
| Juan | Oliverio Tec Coc | 12/18/2022 | 4/23/2023 |
| Juan | Saldana | 8/9/2020 | 10/8/2023 |
| Juan | Samuel | 8/29/2021 | 10/8/2023 |
| Juan | Vargas | 7/3/2022 | 7/17/2022 |
| Juan Carlos | Octaviano | 8/9/2020 | 8/28/2022 |
| Juan Jose | Garcia | 8/9/2020 | 8/28/2022 |
| Juana | Topia Diaz | 9/30/2023 | 9/30/2023 |
| Juanito | Cuc | 3/27/2022 | 12/4/2022 |
| Julia | Vasquez | 8/9/2020 | 10/8/2023 |
| Julio | Ramos | 8/9/2020 | 10/8/2023 |
| Julio | Rodrigo | 6/17/2023 | 10/8/2023 |
| Julisa | Santos | 4/16/2023 | 6/4/2023 |
| Justino | Felix | 4/9/2023 | 7/2/2023 |
| Keylin | Castro | 5/8/2022 | 12/4/2022 |
| Laidy | Pap | 5/1/2022 | 4/2/2023 |
| Lamberto | Morales | 12/4/2022 | 12/4/2022 |
| Laura | Casahuamam | 8/9/2020 | 10/8/2023 |

| | | | |
|---|---|---|---|
| Leonardo | Poptec | 11/13/2022 | 11/13/2022 |
| Leticia | Meza | 2/27/2022 | 5/8/2022 |
| Leticia | Vasquez | 2/26/2023 | 10/8/2023 |
| Lisseth | Velazques Gonzales | 1/22/2023 | 2/12/2023 |
| Lucia | Mendez | 1/9/2022 | 12/4/2022 |
| Luis | Caal | 1/31/2021 | 10/1/2023 |
| Luis | De La Torre | 9/4/2022 | 9/4/2022 |
| Luis | Felipe | 1/29/2023 | 1/29/2023 |
| Luis | Villa | 2/13/2022 | 8/14/2022 |
| Lupita | Ron | 9/4/2022 | 1/29/2023 |
| Mana | Ovarra | 3/5/2022 | 3/5/2022 |
| Manuel | Bonilla Zaragoza | 1/15/2023 | 4/9/2023 |
| Manuel | Coy | 2/12/2023 | 6/4/2023 |
| Manuel | Larios | 10/9/2022 | 10/1/2023 |
| Manuel | Perez | 9/11/2022 | 10/8/2023 |
| Manuel | Pom | 4/2/2023 | 10/8/2023 |
| Manuel Larios | Xaper | 8/9/2020 | 8/28/2022 |
| Marco | Bonilla | 8/13/2023 | 8/13/2023 |
| Marco Antonia | Lara | 9/17/2022 | 10/8/2023 |
| Marcos | Caal | 6/19/2022 | 6/19/2022 |
| Marcos | Chocaj | 7/3/2022 | 10/2/2022 |
| Marcos | Putul | 3/12/2023 | 3/12/2023 |
| Margarita | Corrales | 9/4/2022 | 10/8/2023 |
| Maria | Cotom | 9/11/2022 | 10/8/2023 |
| Maria | Cuc | 5/22/2022 | 6/5/2022 |
| Maria | Jesus | 9/25/2022 | 10/2/2022 |
| Maria | Mendoza | 5/7/2023 | 5/7/2023 |
| Maria | Montenegro Cruz | 11/13/2022 | 10/8/2023 |
| Maria | Renteria | 9/24/2023 | 10/8/2023 |
| Maria | Tovar | 1/8/2022 | 5/6/2023 |
| Maria | Tovar Orozco | 2/27/2022 | 2/27/2022 |
| Maria Elena | Perez | 8/9/2020 | 9/26/2021 |
| Maria Jeronimo | Tovar Orozco | 7/4/2021 | 12/26/2021 |
| Mariana | Ruiz | 8/29/2021 | 8/28/2022 |
| Mariano | Caal | 2/7/2021 | 10/8/2023 |

| | | | |
|---|---|---|---|
| Maribel | Lopez | 7/3/2022 | 12/4/2022 |
| Mario | Dominguez-Jimenez | 1/8/2022 | 6/3/2023 |
| Marisol | Lucas | 10/2/2022 | 11/13/2022 |
| Marisol | Romero | 12/24/2022 | 3/19/2023 |
| Marlene | Lopez | 8/9/2020 | 8/28/2022 |
| Marleny | Cnoc | 9/30/2023 | 9/30/2023 |
| Marleny | Cucul Xol | 6/4/2023 | 6/4/2023 |
| Marleny | Lopez | 9/4/2022 | 10/8/2023 |
| Marta | Choc | 9/3/2023 | 10/8/2023 |
| Marta Cuz | Perez | 11/7/2021 | 7/31/2022 |
| Martha | Choc | 2/26/2023 | 9/10/2023 |
| Martin | Lopez | 9/11/2022 | 9/18/2022 |
| Martin | Morales | 10/9/2022 | 10/16/2022 |
| Martin | Renteria | 10/23/2022 | 9/17/2023 |
| Martina | Garcia | 1/9/2022 | 6/5/2022 |
| Martina | Venegas | 8/9/2020 | 11/17/2022 |
| Marvin | Caal | 9/17/2023 | 10/1/2023 |
| Marvin | Cac | 10/29/2022 | 4/30/2023 |
| Marvin | Coc Cuc | 8/27/2023 | 9/10/2023 |
| Marvin | Efrain | 9/4/2022 | 4/2/2023 |
| Marvin | Ical | 9/11/2022 | 10/8/2023 |
| Marvin | Iquila | 10/29/2022 | 11/27/2022 |
| Marvin | Unknown | 10/8/2023 | 10/8/2023 |
| Marvin Alfredo | Coc Cuc | 8/9/2020 | 8/28/2022 |
| Mary | Lopez | 1/22/2023 | 1/22/2023 |
| Mateo | Ac | 1/1/2023 | 9/10/2023 |
| Mauriero | Chavez | 11/6/2022 | 11/6/2022 |
| Melvin | Choc | 1/9/2022 | 3/6/2022 |
| Melvin | Ich | 7/2/2023 | 7/16/2023 |
| Miguel Angel | Ical | 3/27/2022 | 8/28/2022 |
| Milsa | Romero | 1/31/2021 | 10/8/2023 |
| Miriam | Fuentes | 9/3/2023 | 10/8/2023 |
| Misael | Lopez | 2/26/2023 | 2/26/2023 |
| Misael | Mendez | 2/20/2022 | 1/29/2023 |
| Monica | Zaragoza | 1/8/2022 | 8/20/2022 |

| | | | |
|---|---|---|---|
| Nelson | Chob | 9/10/2022 | 11/26/2022 |
| Nelson | Pec | 8/9/2020 | 8/28/2022 |
| Nelson | Tec | 10/2/2022 | 8/13/2023 |
| Nelson Arnoldo | Chub Ical | 1/29/2023 | 10/8/2023 |
| Nereida | Unknown | 1/16/2022 | 1/16/2022 |
| Nicolas | Mo | 4/30/2022 | 9/3/2022 |
| Noe | Granados | 8/9/2020 | 8/21/2022 |
| Noe | Gutierrez | 7/3/2022 | 7/17/2022 |
| Noe | Sosa | 1/8/2023 | 4/30/2023 |
| Norberto | Sanchez | 9/4/2022 | 10/8/2023 |
| Norberto | Sunday | 9/3/2023 | 9/3/2023 |
| Odilia | Caal | 3/19/2023 | 3/19/2023 |
| Oileny | Choe | 9/30/2023 | 9/30/2023 |
| Oliveiro | Tec | 2/20/2022 | 11/13/2022 |
| Oliver | Tec | 6/18/2023 | 10/8/2023 |
| Oliver Tomas | Larios Reynoso | 8/9/2020 | 9/10/2023 |
| Oliverio | Caal | 8/9/2020 | 8/28/2022 |
| Oliverio | Ical | 1/22/2023 | 10/8/2023 |
| Oliviero | Tec | 9/10/2023 | 9/10/2023 |
| Olvidio | Ical | 8/20/2023 | 10/8/2023 |
| Omar | Murillo | 5/14/2023 | 5/14/2023 |
| Oscar | Carillo | 12/20/2020 | 8/28/2022 |
| Oscar | Pap | 2/5/2023 | 2/5/2023 |
| Oscar | Camey | 10/8/2023 | 10/8/2023 |
| Oscar Emilio | Pacxi | 3/7/2021 | 8/28/2022 |
| Ovidio | Ical | 3/20/2022 | 8/20/2023 |
| Pablo | Choc | 1/23/2022 | 10/8/2023 |
| Paola | Mendez | 1/9/2022 | 11/13/2022 |
| Paola | No last Name | 10/8/2023 | 10/8/2023 |
| Pau K | Chang | 9/11/2022 | 10/8/2023 |
| Pedro | Ax | 4/16/2023 | 4/30/2023 |
| Pedro | Coy | 8/29/2021 | 9/17/2023 |
| Pedro Alfonso | Tzib | 10/16/2022 | 10/16/2022 |
| Piero | Munoz | 4/23/2022 | 9/3/2022 |
| Pricila | Romero | 11/13/2022 | 11/13/2022 |

| | | | |
|---|---|---|---|
| Rafael | Unknown | 2/13/2022 | 2/13/2022 |
| Rafael | Reynoso | 8/9/2020 | 8/28/2022 |
| Rafael | Soria | 9/25/2022 | 11/20/2022 |
| Rafael | Villareal | 8/28/2022 | 8/28/2022 |
| Raguel | Rivas | 8/6/2023 | 8/6/2023 |
| Ramiro | Ical | 2/20/2022 | 10/1/2023 |
| Ramiro | Reyes | 1/23/2022 | 10/8/2023 |
| Ramiro | Sanchez | 9/4/2022 | 10/8/2023 |
| Ramiro | Sanchez Cabral | 8/9/2020 | 8/28/2022 |
| Ramos | Cruz | 6/19/2022 | 6/19/2022 |
| Raymundo | Rojas | 9/17/2023 | 9/17/2023 |
| Raymundo | Rojo | 2/12/2023 | 10/1/2023 |
| Rene | Choc | 9/25/2022 | 12/4/2022 |
| Reyes | Merino | 9/24/2023 | 10/8/2023 |
| Ricardo | Armando | 8/29/2021 | 8/28/2022 |
| Ricardo | Choc | 2/26/2023 | 10/8/2023 |
| Ricardo | Gomez | 3/26/2023 | 6/25/2023 |
| Ricardo | Marcelo | 12/4/2022 | 12/4/2022 |
| Ricardo | Unknown | 10/8/2023 | 10/8/2023 |
| Ricardo | Rax | 3/13/2022 | 9/17/2023 |
| Ricardo | Xol | 7/30/2023 | 10/1/2023 |
| Rigo | Meza | 7/3/2022 | 7/17/2022 |
| Rodolfo | Cac | 4/16/2023 | 8/13/2023 |
| Rodolfo | Choc | 4/23/2022 | 12/4/2022 |
| Rodolfo | Guegue | 2/12/2023 | 3/26/2023 |
| Rodolfo | Huehue | 11/13/2022 | 10/8/2023 |
| Rodolfo | Ical | 6/4/2023 | 6/4/2023 |
| Rogelio Efrain | Ixim Chub | 3/12/2023 | 3/12/2023 |
| Rolando | Caal | 1/16/2022 | 9/4/2022 |
| Rolando | Choc | 4/2/2023 | 9/10/2023 |
| Romelia | Cuz | 12/11/2022 | 10/8/2023 |
| Romino | Sanchez | 3/12/2023 | 3/12/2023 |
| Roni | Ical | 9/17/2023 | 9/17/2023 |
| Roni | Pap | 9/3/2023 | 10/8/2023 |
| Roni | Tec | 4/2/2023 | 10/8/2023 |

| | | | |
|---|---|---|---|
| Ronny | Pap | 1/15/2023 | 10/1/2023 |
| Rony | Pep | 8/9/2020 | 8/28/2022 |
| Rosalba | Jimenez | 1/22/2023 | 10/8/2023 |
| Rosalia | Ramirez | 7/16/2023 | 8/6/2023 |
| Rosalinda | Morales | 7/23/2023 | 10/8/2023 |
| Ruben | Caal | 9/25/2022 | 10/8/2023 |
| Ruben | Chocoj | 9/25/2022 | 10/2/2022 |
| Ruperto | Granados | 8/9/2020 | 8/28/2022 |
| Sandra | Garcia | 9/10/2022 | 10/8/2023 |
| Sandra | Marroquin | 9/18/2022 | 10/8/2023 |
| Santiago | Cruz | 1/22/2023 | 7/16/2023 |
| Santiago | Perez | 9/30/2023 | 10/8/2023 |
| Santoc | Coc | 7/3/2022 | 7/24/2022 |
| Santos | Cuc | 6/19/2022 | 11/6/2022 |
| Sebastian | Putul | 1/8/2023 | 4/23/2023 |
| Selvin | Ical | 10/9/2022 | 10/8/2023 |
| Selvin | Ich | 1/15/2023 | 1/15/2023 |
| Sergio | Banuelos | 9/25/2022 | 9/25/2022 |
| Sergio | Beb | 1/1/2023 | 2/19/2023 |
| Sergio | Gerardo | 8/9/2020 | 8/28/2022 |
| Sergio | Hernandez | 2/27/2022 | 1/22/2023 |
| Silvia | Unknown | 5/1/2022 | 5/1/2022 |
| Silvin | Ich | 7/23/2023 | 8/20/2023 |
| Sofia | Caal | 9/17/2023 | 9/17/2023 |
| Sofia | Cuc | 1/29/2023 | 10/8/2023 |
| Sofia | UNKNOWN | 10/8/2023 | 10/8/2023 |
| Sofia Galenana | Mendez | 12/17/2022 | 9/30/2023 |
| Sonia | Cuz Floricelda Caal | 10/8/2023 | 10/8/2023 |
| Stacy | Lopez | 2/19/2023 | 10/8/2023 |
| Stcysi | Rios | 8/27/2023 | 8/27/2023 |
| Sucely | Chub Tec | 10/8/2023 | 10/8/2023 |
| Susan | Poptec | 11/13/2022 | 11/27/2022 |
| Susana | Menjivar Samayoa | 1/16/2022 | 3/19/2023 |
| Teodoro | Coc | 9/17/2023 | 9/17/2023 |
| Valentin | Ramirez | 9/25/2022 | 10/9/2022 |

| | | | | |
|---|---|---|---|---|
| 1 | Vartolo | Palomares | 1/31/2021 | 8/28/2022 |
| 2 | Ventura | Rojas Rios | 3/13/2022 | 10/8/2023 |
| 3 | Vicente | Cuc Caal | 1/15/2023 | 10/8/2023 |
| 4 | Victor | Mo | 9/10/2022 | 11/26/2022 |
| 5 | Victor | Rax | 12/18/2022 | 10/8/2023 |
| 6 | Victor | Santana | 1/29/2023 | 9/17/2023 |
| 7 | Vilma | Morales | 2/19/2023 | 2/19/2023 |
| 8 | Walter | Ical | 2/5/2022 | 10/8/2023 |
| 9 | Wiliam | Choc Ax | 9/24/2023 | 9/24/2023 |
| 10 | Wilian | Xol | 9/17/2023 | 9/17/2023 |
| 11 | William | Caal | 1/23/2022 | 8/27/2023 |
| 12 | William | Chan | 4/3/2022 | 9/10/2023 |
| 13 | William | Choc | 3/26/2023 | 6/11/2023 |
| 14 | Willy | Reynoso | 8/9/2020 | 10/8/2023 |
| 15 | Wilser | Chub | 8/21/2022 | 8/21/2022 |
| 16 | Wilson | Choc | 2/26/2023 | 2/26/2023 |
| 17 | Wilson | Pan | 9/25/2022 | 4/9/2023 |
| 18 | Yolanda | Aguilar | 5/28/2023 | 10/8/2023 |
| 19 | Yolanda | Vasquez Bernal | 8/9/2020 | 10/8/2023 |
| 20 | Yulali | Xol | 4/10/2022 | 10/8/2023 |
| 21 | Unknown | Unknown | 11/6/2022 | 12/11/2022 |
| 22 | Unknown | Unknown | 5/15/2022 | 6/12/2022 |
| 23 | Unknown | Unknown | 10/9/2022 | 10/16/2022 |
| 24 | Unknown | Unknown | 10/9/2022 | 10/16/2022 |
| 25 | Unknown | Unknown | 9/11/2022 | 9/11/2022 |
| 26 | Unknown | Unknown | 10/16/2022 | 10/16/2022 |
| 27 | Unknown | Unknown | 11/27/2022 | 11/27/2022 |
| 28 | Unknown | Unknown | 6/26/2022 | 11/6/2022 |
| | Unknown | Unknown | 8/9/2020 | 8/28/2022 |
| | Unknown | Unknown | 8/9/2020 | 8/28/2022 |
| | Unknown | Unknown | 8/9/2020 | 8/28/2022 |
| | Unknown | Unknown | 8/9/2020 | 8/28/2022 |
| | Unknown | Unknown | 8/9/2020 | 8/28/2022 |
| | Unknown | Unknown | 8/9/2020 | 8/28/2022 |
| | Unknown | Unknown | 8/9/2020 | 8/28/2022 |

| | | | |
|---|---|---|---|
| Unknown | Unknown | 8/9/2020 | 8/28/2022 |
| Unknown | Unknown | 8/9/2020 | 8/28/2022 |
| Unknown | Unknown | 8/9/2020 | 8/28/2022 |
| Unknown | Unknown | 8/9/2020 | 8/28/2022 |
| Unknown | Unknown | 8/9/2020 | 8/28/2022 |
| Unknown | Unknown | 8/9/2020 | 8/28/2022 |
| Unknown | Unknown | 8/9/2020 | 8/28/2022 |
| Unknown | Unknown | 8/9/2020 | 8/28/2022 |
| Unknown | Unknown | 8/9/2020 | 8/28/2022 |
| Unknown | Unknown | 11/6/2022 | 11/6/2022 |
| Unknown | Unknown | 1/9/2022 | 1/16/2022 |
| Unknown | Unknown | 2/13/2022 | 2/13/2022 |
| Unknown | Unknown | 12/11/2022 | 12/11/2022 |
| Unknown | Unknown | 12/11/2022 | 12/11/2022 |
| Unknown | Unknown | 3/27/2022 | 12/4/2022 |
| Unknown | Unknown | 3/27/2022 | 12/4/2022 |
| Unknown | Unknown | 3/27/2022 | 12/4/2022 |
| Unknown | Unknown | 7/24/2022 | 8/14/2022 |
| Unknown | Unknown | 9/4/2022 | 9/18/2022 |
| Unknown | Unknown | 4/24/2022 | 5/1/2022 |
| Unknown | Unknown | 3/27/2022 | 12/18/2022 |
| Unknown | Unknown | 2/27/2022 | 10/30/2022 |
| Unknown | Unknown | 4/24/2022 | 8/14/2022 |

# EXHIBIT 2

## NOTICE TO EMPLOYEES OF YOUR RIGHTS UNDER THE FLSA

There are state, local, and federal laws related to your workplace rights.  The Department of Labor (DOL) enforces the Fair Labor Standards Act (FLSA).

## YOUR IMMIGRATION STATUS DOES NOT MATTER AND DOES NOT IMPACT YOUR WORKPLACE RIGHTS

Under the FLSA, your employer must pay you:
    1)  Federal minimum wage ($7.25 per hour) for all hours worked.  (Your employer may owe you a higher minimum wage under California or local law.)
    2)  Overtime pay if you work more than forty hours per week.

You must be paid for all work you do for your employer. This might include: cutting chicken, throwing away garbage, moving chicken around the warehouse, cleaning your work station and work tools, sharpening your knives, wearing or removing required clothes and tools, waiting to count how many boxes of chicken you have cut, waiting for chicken to arrive if your employer instructs you to wait, and other activities your employer requires you to do.

Your employer must correctly document and report each hour you work and all pay you receive.

**It is illegal for anyone to harm you because you talked to a DOL representative, participated in a DOL investigation, or spoke up about your workplace rights.  It is illegal for your employer to take the following actions because you exercised your rights:**

    o  Scream threats at you;
    o  Reduce your work hours or your pay;
    o  Fire you or fire any friends or relatives that work with you;
    o  Refuse to pay you for all hours you work;
    o  Refuse to hire you, or a relative or friend of yours;
    o  Report you to the government for deportation;
    o  Threaten you with legal problems or threaten to use their lawyer to harm you;
    o  Make any other threat or take any harmful action against you.

It is also illegal for anybody to make you sign a document in which you promise to tell a judge or any representative of the DOL false information about the hours you work, pay you receive, or anything else related to your FLSA rights.  Any document you have signed promising to tell false information to a judge or anyone else has no legal value and cannot be used against you.

**If any of these actions occur, please immediately contact the DOL hotline at (866) 487-9243**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>AVISO A LOS EMPLEADOS DE SUS DERECHOS BAJO LA FLSA</u>

Existen leyes estatales, locales y federales relacionadas con sus derechos laborales.  El Departamento de Trabajo (DOL) hace cumplir La Ley de Normas Justos De Trabajo (FLSA en inglés).

### <u>SU ESTATUS MIGRATORIO NO IMPORTA Y NO AFECTA SUS DERECHOS LABORALES.</u>

Según la FLSA, su empleador debe pagarle:

1)   Salario mínimo federal ($7.25 por hora) por todas las horas trabajadas.  (Su empleador puede deberle un salario mínimo más alto bajo la ley del estado de California o las leyes locales.)

2)   Pago de overtime por horas extras si trabaja más de cuarenta horas por semana.

Se le debe pagar por todo el trabajo que haga para su empleador.  Esto podría incluir: cortar pollo, recoger huesos, mover pollo de un lugar a otro dentro de la planta, limpiar su estación de trabajo y su herramienta, filar sus cuchillos, ponerse o quitarse la ropa o la herramienta requerida para hacer su trabajo, esperar por contar el número de cajas cortadas, esperar por el pollo si su empleador le dice que tiene que esperar, y otras actividades que su empleador lo requiere hacer.

Su empleador debe documentar y reportar correctamente cada hora que trabaja y todos los pagos que recibe.

**Es ilegal que alguien le haga daño porque habló con un representante del DOL, participó en una investigación del DOL o habló sobre sus derechos ante la FLSA. Es ilegal que su empleador tome las siguientes medidas porque ejerció sus derechos de FLSA:**

        o   Gritarle amenazas a usted;
        o   Reducir sus horas de trabajo o la cantidad que gana;
        o   Terminarlo o terminar a un colega o familiar que trabaja con usted;
        o   Negarse a pagarle por todas las horas que trabaja;
        o   Negarse a emplear a usted, o a un familiar suyo;
        o   Reportar al gobierno su deportación;
        o   Amenazarlo con problemas legales o amenazar con usar al abogado del empleador para hacerle daño;
        o   Hacer cualquier otra amenaza o tomar cualquier acción dañina contra usted.

También es ilegal que alguien le obligue a firmar un documento en el que promete decirle a un juez o a cualquier representante del DOL información falsa sobre las horas que trabaja, el pago que recibe o cualquier otra cosa relacionada con sus derechos a la FLSA. Cualquier documento que haya firmado con la promesa de proporcionar información falsa a un juez o a cualquier otra persona no tiene valor legal y no puede usarse en su contra.

**Si ocurre alguna de estas acciones, comuníquese inmediatamente con el DOL al:**
**(866) 487-9243**